Fill in this information to identify the case:

Debtor name: **Delphi Behavioral Health Group, LLC, *et al.***

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: <u>Consolidated</u> List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EMD Realty Group, LLC<br>4620 N State Road 7<br>2nd Floor<br>Lauderdale Lakes, FL 33319 | | Lease payments | Disputed | | | $763,394.34 |
| McDermott Will & Emery LLP<br>PO Box 6043<br>Chicago, IL 60680-6043 | | Professional Services | | | | $614,941.77 |
| Matthew John Feehery<br>c/o Russell Landy, Esq.<br>Damian & Valori LLP<br>1000 Brickell Avenue<br>Suite 1020<br>Miami, FL 33131 | (305) 371-3960<br>rlandy@dvllp.com | | Disputed | | | $400,000.00 |
| Infinity Behavioral Health Services, LLC<br>4620 N State Road 7<br>Suite 200<br>Lauderdale Lakes, FL 33319 | (954) 874-7935 | Billing Services | Disputed | | | $280,056.48 |
| Unidine Corporation<br>400 Northridge Rd, Ste. 600<br>Sandy Springs, GA 30350 | | Food Service Provider | | | | $267,681.31 |
| 3500 Quakerbridge, LLC<br>PO Box 3245<br>Hamilton, NJ 08619 | | Lease payments | Disputed | | | $105,233.80 |
| 18307 Boys Ranch Road Owner LLC<br>c/o Wellness Real Estate Holdings LLC<br>30 East 9th Street<br>Suite 3BB<br>New York, NY 10003 | | Lease payments | Disputed | | | $92,254.10 |

Debtor  **Delphi Behavioral Health Group, LLC**   Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Complete Pool** 16084 Tamarind Terrace Chino Hills, CA 91709 | | Services | | | | $78,600.00 |
| **PureLinq** 3769 Old Lighthouse Cir. Wellington, FL 33414 | | Marketing & Advertising | | | | $60,000.00 |
| **Crowe LLP** 320 E Jefferson Blvd South Bend, IN 46624 | | Professional Services | | | | $48,944.00 |
| **588 E San Lorenzo Owner, LLC** 9 East 8th Street New York, NY 10003 | | Lease payments | Disputed | | | $42,811.78 |
| **City of Pembroke Pines** 301 NW 103rd Avenue Pembroke Pines, FL 33026 | | Lease payments | | | | $37,945.62 |
| **Melnick, LLC** c/o Nancy Rabuchin 3315 NW Vaughn Street Portland, OR 97210 | | Lease payments | Disputed | | | $34,000.00 |
| **314 10th Street Limited Partnership** 901 Northpoint Parkway Suite 200 West Palm Bch, FL 33407 | (561) 434-1300 x 313 sarla@kennedycompanies.com | Lease payments | | | | $28,680.19 |
| **Camp Meade Investments I, LLC** c/o Pinkard Properties, Agent 305 W Chesapeake Ave Suite 503 Towson, MD 21204 | (443) 841-7682 driscollcompany20@gmail.com | Lease payments | Disputed | | | $27,875.82 |
| **Bolive, LLC** 5805 SW 113th Street Pinecrest, FL 33156 | (305) 527-3475 adcjr@gmail.com | Lease payments | | | | $26,163.77 |
| **Image First** PO Box 844891 Boston, MA 02284-4891 | | Trade Debt | | | | $23,539.59 |

Debtor **Delphi Behavioral Health Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Digital First Media  PO Box 6200  Colorado Springs, CO 80962-2000 | ssc-adtaxi@medianewsgroup.com | Trade Debt | | | | $22,500.00 |
| Palm Bay Studios, Inc.  720 NE 69th Street  Unit 19N  Miami, FL 33138 | | Lease payments | | | | $21,543.94 |
| Delphi RE Holdings LLC  3107 Stirling Road  Ft. Lauderdale, FL 33312 | | Lease payments | | | | $21,000.00 |
| Maxim Locum Tenens and Advanced Practitioners  12558 Collection Ctr Dr.  Chicago, IL 60693 | | HR Temp Help | | | | $20,762.80 |
| Ironclad Impact Windows and Doors  3701 SW 47th Avenue  Davie, FL 33314 | | Services | | | | $19,744.49 |
| 44 Court Street LLC 9 East 40th Street New York, NY 10016 | | Lease payments | | | | $17,227.60 |
| NABH  PO Box 719048  Philadelphia, PA 19171-9948 | (202) 393-6700 | Membership | | | | $17,000.00 |
| Yardbird Rental LLC  3225 McLeod Drive  Suite 100  Las Vegas, NV 89121 | (715) 554-1735  skaroninvestments@gmail.com | Lease payments | | | | $13,776.79 |
| Highway 111 Properties, LLC  PO Box 915  Rancho Santa Fe, CA 92067 | kaldrete@warrenproperties.com | Lease payments | | | | $12,981.59 |
| Quest Diagnostics  PO Box 740880  Cincinnati, OH 45274-0880 | | Services | | | | $11,515.13 |

Debtor **Delphi Behavioral Health Group, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Colross II, LLC**<br>9485 SW 72nd Street<br>Suite A-115<br>Miami, FL 33173 | | **Lease payments** | | | | $7,765.32 |
| **Staples**<br>PO Box 105638<br>Atlanta, GA 30348-5638 | accounting@staplesbusinesscredit.com | **Office Supplies** | | | | $7,066.35 |
| **McKesson Medical Surgical**<br>PO Box 933027<br>Atlanta, GA 31193-3027 | mms.etf@mckesson.com | **Trade Debt** | | | | $6,614.27 |