UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                   Chapter 11 Cases

DELPHI BEHAVIORAL HEALTH                          Case No. 23-10945-PDR
GROUP, LLC, *et al.*,[1]

                                                                                 (Joint Administration Pending)

       Debtors.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Tamara D. McKeown, Esq. of Aaronson Schantz Beiley P.A. hereby enters her appearance as local counsel for Brightwood Loan Services LLC and its affiliates in the above-captioned cases. Undersigned counsel respectfully requests that copies of all future notices, pleadings, motions, orders, reports and documents of any other kind or nature that are served and/or filed in the above-styled and numbered cause be served upon the undersigned.

---

[1] The address of the Debtors is 1901 West Cypress Creek Road, Suite 500, Fort Lauderdale, FL 33309. The last four digits of the Debtors' federal tax identification numbers are: (i) Delphi Behavioral Health Group, LLC (2076), (ii) 61 Brown Street Holdings, LLC (0007), (iii) Aloft Recovery LLC (6674), (iv) Banyan Recovery Institute, LLC (6998), (v) Breakthrough Living Recovery Community, LLC (5966), (vi) California Addiction Treatment Center LLC (7655), (vii) California Vistas Addiction Treatment LLC (8272), (viii) DBHG Holding Company, LLC (6574), (ix) Defining Moment Recovery Community, LLC (3532), (x) Delphi Health BuyerCo, LLC (2325), (xi) Delphi Health Group, LLC (0570), (xii) Delphi Intermediate HealthCo, LLC (6378), (xiii) Delphi Management LLC (6474); (xiv) Desert View Recovery Community, LLC (7437), (xv) DR Parent, LLC (2700), (xvi) DR Sub, LLC (8183), (xvii) Las Olas Recovery LLC (9082), (xviii) Maryland House Detox, LLC (1626), (xix) New Perspectives, LLC (0508), (xx) Next Step Housing LLC (6975), (xxi) Ocean Breeze Detox, LLC (7019), (xxii) Ocean Breeze Recovery, LLC (9621), (xxiii) Onward Living Recovery Community, LLC (4735), (xxiv) Palm Beach Recovery, LLC (4459), (xxv) Peak Health NJ, LLC (7286), (xxvi) QBR Diagnostics, LLC (7835), (xxvii) Rogers Learning, LLC (1699), (xxviii) SBH Haverhill, LLC (0971), (xxix) SBH Union IOP LLC (4139), (xxx) Summit at Florham Park, LLC (8226), (xxxi) Summit Behavioral Health Limited Liability Company (3337), (xxxii) Summit Health BuyerCo, LLC (2762), (xxxiii) Summit IOP Limited (4567), and (xxxiv) Union Fresh Start LLC (6841).

.

In addition, it is respectfully requested that the following be added to the Court's service matrix pursuant to Bankruptcy Local Rule 2002-1(D):

Tamara D. McKeown, Esq.
Aaronson Schantz Beiley P.A.
One Biscayne Tower, Suite 3450
2 S. Biscayne Boulevard
Miami, Florida 33131
Ph: 786.594.3000
Fax: 305.579.9073
Email: tmckeown@aspalaw.com

Respectfully submitted,
**Aaronson Schantz Beiley P.A.**

/s/ *Tamara D. McKeown*
Tamara D. McKeown, Esq.
Florida Bar No.: 773247
One Biscayne Tower, Suite 3450
2 S. Biscayne Boulevard
Miami, Florida 33131
Ph: 786.594.3000
Fax: 305.579.9073
Email: tmckeown@aspalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on February 8, 2023, by electronic mail on all parties registered to receive CM/ECF electronic notices in these cases.

/s/ *Tamara D. McKeown*
Tamara D. McKeown, Esq.