UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                     Chapter 11 Cases

DELPHI BEHAVIORAL HEALTH                                    Case No. 23-10945-PDR
GROUP, LLC, *et al.*,[1]

                                                                                               (Jointly Administered)

       Debtors.
_____/

## EXHIBIT REGISTER

**Exhibits Submitted on behalf of**:

[X ] Debtors          [   ] Plaintiff          [   ] Defendant          [   ] Other

**Date of Hearing/Trial:**  Thursday, February 9, 2023 at 2:30 p.m.

**Type of Hearing/Trial:**     First Day Hearings

**SUBMITTED BY:**   Paul Steven Singerman, Esq.
singerman@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

---

[1] The address of the Debtors is 1901 West Cypress Creek Road, Suite 500, Fort Lauderdale, FL 33309.  The last four digits of the Debtors' federal tax identification numbers are: (i) Delphi Behavioral Health Group, LLC (2076), (ii) 61 Brown Street Holdings, LLC (0007), (iii) Aloft Recovery LLC (6674), (iv) Banyan Recovery Institute, LLC (6998), (v) Breakthrough Living Recovery Community, LLC (5966), (vi) California Addiction Treatment Center LLC (7655), (vii) California Vistas Addiction Treatment LLC (8272), (viii) DBHG Holding Company, LLC (6574), (ix) Defining Moment Recovery Community, LLC (3532), (x) Delphi Health BuyerCo, LLC (2325), (xi) Delphi Health Group, LLC (0570), (xii) Delphi Intermediate HealthCo, LLC (6378), (xiii) Delphi Management LLC (6474), (xiv) Desert View Recovery Community, LLC (7437), (xv) DR Parent, LLC (2700), (xvi) DR Sub, LLC (8183), (xvii) Las Olas Recovery LLC (9082), (xviii) Maryland House Detox, LLC (1626), (xix) New Perspectives, LLC (0508), (xx) Next Step Housing LLC (6975), (xxi) Ocean Breeze Detox, LLC (7019), (xxii) Ocean Breeze Recovery, LLC (9621), (xxiii) Onward Living Recovery Community, LLC (4735), (xxiv) Palm Beach Recovery, LLC (4459), (xxv) Peak Health NJ, LLC (7286), (xxvi) QBR Diagnostics, LLC (7835), (xxvii) Rogers Learning, LLC (1699), (xxviii) SBH Haverhill, LLC (0971), (xxix) SBH Union IOP LLC (4139), (xxx) Summit at Florham Park, LLC (8226), (xxxi) Summit Behavioral Health Limited Liability Company (3337), (xxxii) Summit Health BuyerCo, LLC (2762), (xxxiii) Summit IOP Limited (4567), and (xxxiv) Union Fresh Start LLC (6841).

11908326-1

| Exh. No. | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1 | Declaration of Edward A. Phillips in Support of Chapter 11 Petitions and First Day Filings [ECF No. 9] | | | |
| 2 | Supplemental Declaration of Harvey Tepner in Support of Debtors' Expedited Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Entry into the Stalking Horse Bid Agreement with the Stalking Horse Bidder, Subject to the Bidding Procedures and the Sale Hearing, (II) Approving Bidding Procedures, (III) Scheduling the Bid Deadlines and the Auction, (IV) Scheduling a Hearing to Consider the Transaction, (V) Approving the Form and Manner of Notice Thereof, (VI) Approving Contract Procedures, (VII) Approving a Deadline for Interested Parties to Submit Bids to Purchase any of the Debtors' Remaining Assets Which are not Purchased Assets Subject to the Stalking Horse Bid Agreement and (VIII) Granting Related Relief [ECF No. 22] | | | |
| 3 | Declaration of Edward A. Phillips, Interim Chief Executive Officer, in Support of Debtors' Motion for Entry of an Order Authorizing and Approving a Key Employee Retention Plan [ECF No. 18, Exhibit A] | | | |
| 4 | Bankruptcy Milestones | | | Offered as a demonstrative only for the convenience of the Court; not to be introduced. |

11908326-1