UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

DELPHI BEHAVIORAL HEALTH
GROUP, LLC, *et al.*,

      Debtors.
_____/

Chapter 11 Cases

Case No. 23-10945-PDR

(Jointly Administered)

**Bankruptcy Milestones**
**Petition Date:  February 6, 2023**

## I.    Overall Timeline.

| **Event** | **P+**[1] | **Deadline** | **Source** |
|---|---|---|---|
| Deadline to File the DIP Financing Motion | P | 2-6-2023 Monday | APA |
| Deadline to File the (i) Bidding Procedures Motion and (ii) Sale Motion | P+1 | 2-7-2023 Tuesday | APA |
| Entry of the Interim DIP Order | P+5BD | 2-13-2023 Monday | Interim DIP Order; APA |
| (a) Deadline to File the (i) Plan and (ii) Disclosure Statement; and (b) Deadline to File the Schedules and SoFAs | P+10BD P+14 | 2-20-2023 Monday | Interim DIP Order (a); APA (a and b) |
| Entry of the (a) Final DIP Order and (b) Order Approving Bidding Procedures Motion | P+25 | 3-3-2023 Friday | Interim DIP Order (a); APA (a and b) |
| Deadline for Competitive Bids (i.e., Bid Deadline) | P+45 | 3-23-2023 Thursday | Interim DIP Order; APA |
| Commencement of the Auction (if any) | P+50 | 3-28-2023 Tuesday | Interim DIP Order; APA |
| Entry of the (a) Sale Order and (b) Order Approving the Disclosure Statement | P+57 | 4-4-2023 Tuesday | Interim DIP Order (a and b); APA (a) |
| Occurrence of the Sale Closing | P+72 | 4-19-2023 Wednesday | Interim DIP Order; APA |
| Entry of the Confirmation Order | P+95 | 5-12-2023 Friday | Interim DIP Order |
| Occurrence of the Consummation of the Plan | P+100 | 5-17-2023 Wednesday | Interim DIP Order |

---

[1] "P+" = Petition Date + number of calendar days (or "BD" (business days))

11908000-2

## II. Timeline by Category.

### A. DIP Financing.

| Event | P+ | Deadline | Source |
|---|---|---|---|
| Deadline to File the DIP Financing Motion | P | 2-6-2023 Monday | APA |
| Entry of the Interim DIP Order | P+5BD | 2-13-2023 Monday | Interim DIP Order; APA |
| Entry of the Final DIP Order | P+25 | 3-3-2023 Friday | Interim DIP Order; APA |

### B. Sale Process.

| Event | P+ | Deadline | Source |
|---|---|---|---|
| Deadline to File the (i) Bidding Procedures Motion and (ii) Sale Motion | P+1 | 2-7-2023 Tuesday | APA |
| Entry of the Order Approving the Bidding Procedures Motion | P+25 | 3-3-2023 Friday | APA |
| Deadline for Competitive Bids (i.e., Bid Deadline) | P+45 | 3-23-2023 Thursday | Interim DIP Order; APA |
| Commencement of the Auction (if any) | P+50 | 3-28-2023 Tuesday | Interim DIP Order; APA |
| Entry of the Sale Order | P+57 | 4-4-2023 Tuesday | Interim DIP Order; APA |
| Occurrence of the Sale Closing | P+72 | 4-19-2023 Wednesday | Interim DIP Order; APA |

### C. Plan Process.

| Event | P+ | Deadline | Source |
|---|---|---|---|
| Deadline to File the (i) Plan and (ii) Disclosure Statement | P+10BD | 2-20-2023 Monday | Interim DIP Order; APA |
| Entry of the Order Approving the Disclosure Statement | P+57 | 4-4-2023 Tuesday | Interim DIP Order |
| Entry of the Confirmation Order | P+95 | 5-12-2023 Friday | Interim DIP Order |
| Occurrence of the Consummation of the Plan | P+100 | 5-17-2023 Wednesday | Interim DIP Order |

D.  <u>Other</u>.

| Event | P+ | Deadline | Source |
|---|---|---|---|
| Deadline to File the Schedules and SoFAs | P+14 | 2-20-2023<br>Monday | APA |

**<u>Sources</u>:**

-Interim DIP Order (¶ 9)
-Asset Purchase Agreement (§7.3)

11908000-2