**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                       Case No.: 23-10945

DELPHI BEHAVIORAL HEALTH                           Chapter 11
GROUP, LLC, *et al*.,                                              (Jointly Administered)

         Debtors.
_____/

## NOTICE OF APPEARANCE

The law firm of Kozyak Tropin & Throckmorton, LLP, hereby files its notice of appearance as counsel for interested parties and creditors EMD Realty Group, LLC, 3030 Harbor, LLC, Harmony Hills Behavioral Health, LLC, and Banning Real Estate, LLC. Copies of all pleadings, notices, orders, and other papers should be sent to:

Bernice C. Lee, Esq.<br>
KOZYAK TROPIN & THROCKMORTON, LLP<br>
2525 Ponce de Leon, 9th Floor<br>
Coral Gables, FL 33134

Dated: February 9, 2023.

                                               KOZYAK TROPIN & THROCKMORTON, LLP
                                               *Counsel for EMD Realty Group, LLC, 3030*
                                               *Harbor, LLC, Harmony Hills Behavioral Health,*
                                               *LLC and Banning Real Estate, LLC*
                                               2525 Ponce de Leon, 9th Floor
                                               Coral Gables, FL  33134
                                               Telephone: (305) 372-1800
                                               Facsimile: (305) 372-3508

                                               By: /s/ *Bernice C. Lee*
                                                     Bernice C. Lee
                                                     Florida Bar No. 0073535
                                                   blee@kttlaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by CM/ECF on all parties registered to receive such notice as reflected in the Notice of Electronic Filing this 9th day of February 2023.

By: /s/ *Bernice C. Lee*
Bernice C. Lee