**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Delphi Behavioral Health Group, LLC |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-10945 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | UNDETERMINED |
   |---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $2,674,164.46 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $2,674,164.46 |
   |---|

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | $44,327,619.76 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $290,351.60 |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .

   | + $1,381,996.94 |
   |---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $45,999,968.30 |
   |---|

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Delphi Behavioral Health Group, LLC |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-10945 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  KEYBANK NATIONAL ASSOCIATION | CHECKING | 6912 | $253,281.65 |
| 3.2.  KEYBANK NATIONAL ASSOCIATION | CHECKING | 7273 | $96,369.34 |

**4. OTHER CASH EQUIVALENTS**

NONE

**5 Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

$349,650.99

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| 7.1. | DAVID FONT - SECURITY DEPOSIT (LEASE - 105-B 7551 WILES RD) | $2,000.00 |
| 7.2. | FPL - UTILITY DEPOSIT | $450.77 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| 8.1. | AETNA - PREPAID INSURANCE | $2,214.87 |
| 8.2. | AETNA HEALTH INSURANCE - PREPAID INSURANCE | $134,688.38 |
| 8.3. | ALLIED WORLD ASSURANCE COMPANY (U.S.) INC. - PREPAID INSURANCE | $173,210.69 |
| 8.4. | ALLIED WORLD SURPLUS LINES INSURANCE COMPANY - PREPAID INSURANCE | $296,536.69 |
| 8.5. | AMEX - PREPAID EXPENSES | $32,600.00 |
| 8.6. | ARGONAUT INSURANCE COMPANY - PREPAID INSURANCE | $7,400.53 |
| 8.7. | AXA XL - PREPAID INSURANCE | $34,642.14 |
| 8.8. | BERGER SINGERMAN LLP - PREPAID EXPENSES | $150,000.00 |
| 8.9. | BLS MONDAY.COMIT - PREPAID EXPENSES | $895.00 |
| 8.10. | CLARITY GROUP, INC. - PREPAID LICENSES & TAXES | $556.92 |
| 8.11. | COVERYS SPECIALTY INSURANCE COMPANY - PREPAID INSURANCE | $78,689.62 |
| 8.12. | DOCUSIGNIT EXPENSES - PREPAID EXPENSES | $1,349.33 |
| 8.13. | DRIVE NEW JERSEY INSURANCE CO (PROGRESSIVE) - PREPAID INSURANCE | $6,907.97 |
| 8.14. | ENDURANCE AMERICAN SPECIALTY INSURANCE CO - PREPAID INSURANCE | $294,842.56 |
| 8.15. | EPIQ CORPORATE RESTRUCTURING - PREPAID EXPENSES | $21,348.50 |
| 8.16. | FTI CONSULTING INC - PREPAID EXPENSES | $14,976.08 |
| 8.17. | GETZLER HENRICH & ASSOCIATES - PREPAID EXPENSES | $88,812.83 |
| 8.18. | GOOGLE - PREPAID EXPENSES | $22,080.00 |
| 8.19. | HUDSON INSURANCE COMPANY - PREPAID INSURANCE | $2,339.69 |
| 8.20. | LEGITSCRIPT LLC - PREPAID EXPENSES | $25,750.00 |
| 8.21. | LLOYD'S OF LONDON - PREPAID INSURANCE | $15,732.71 |
| 8.22. | MARKEL AMERICAN ISURANCE CO - PREPAID INSURANCE | $12,047.37 |
| 8.23. | MIRCOSOFT - PREPAID EXPENSES | $2,590.50 |
| 8.24. | NATIONAL LIABILITY & FIRE INSURANCE CO. - PREPAID INSURANCE | $206,348.79 |
| 8.25. | NETWORKXIT - PREPAID EXPENSES | $2,257.68 |
| 8.26. | NEXT STEP - PREPAID EXPENSES | $14,349.42 |
| 8.27. | NY LIFE CIGNA- PREPAID INSURANCE | $3,946.99 |
| 8.28. | ONE BEACON - PREPAID INSURANCE | $17,323.71 |
| 8.29. | ORACLE AMERICA, INC. - PREPAID EXPENSES | $12,595.00 |
| 8.30. | PROGRESSIVE CASUALTY INSURANCE CO. - PREPAID INSURANCE | $2,976.59 |
| 8.31. | RELIAS - PREPAID INSURANCE BENEFITS | $10,604.40 |
| 8.32. | SALESFORCE.COM INC. - PREPAID EXPENSES | $77,401.01 |
| 8.33. | SERVICE AMERICAN INDEMNITY COMPANY - PREPAID INSURANCE | $110,315.35 |
| 8.34. | SMK SURVEYMONKEY.COMI - PREPAID EXPENSES | $238.00 |
| 8.35. | STRATOKEY PTY. LTD - PREPAID EXPENSES | $21,879.11 |
| 8.36. | TRAVELERS CASUALTY & SURETY COMPANY - PREPAID INSURANCE | $3,275.50 |
| 8.37. | UNITED HEALTHCARE INSURANCE - PREPAID INSURANCE | $1,169.35 |

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
| | (Name) | | |

| | | Current value of debtor's interest |
| --- | --- | --- |

**8.** **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 8.38. | WESTCHESTER SURPLUS LINES INSURANCE COMPANY - PREPAID INSURANCE | $197,042.96 |
| 8.39. | YEXTIT EXPENSES - PREPAID EXPENSES | $5,368.46 |

| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $2,109,755.47 |

| **Part 3:** | **ACCOUNTS RECEIVABLE** |

**10.** **DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**11.** **ACCOUNTS RECEIVABLE**

| **12** | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | NOT APPLICABLE |

| **Part 4:** | **INVESTMENTS** |

**13.** **DOES THE DEBTOR OWN ANY INVESTMENTS?**
☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**14.** **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15.** **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | | |
| --- | --- | --- | --- | --- |
| 15.1. | BREAKTHROUGH LIVING RECOVERY COMMUNITY, LLC | 100% | N/A | UNDETERMINED |
| 15.2. | DEFINING MOMENT RECOVERY COMMUNITY, LLC | 100% | N/A | UNDETERMINED |
| 15.3. | DELPHI HEALTH GROUP, LLC | 100% | N/A | UNDETERMINED |
| 15.4. | LAS OLAS RECOVERY LLC | 100% | N/A | UNDETERMINED |
| 15.5. | NEW PERSPECTIVES, LLC | 100% | N/A | UNDETERMINED |
| 15.6. | NEXT STEP HOUSING LLC | 100% | N/A | UNDETERMINED |
| 15.7. | OCEAN BREEZE DETOX, LLC | 100% | N/A | UNDETERMINED |
| 15.8. | OCEAN BREEZE RECOVERY, LLC | 100% | N/A | UNDETERMINED |
| 15.9. | ONWARD LIVING RECOVERY COMMUNITY, LLC | 100% | N/A | UNDETERMINED |
| 15.10. | PALM BEACH RECOVERY, LLC | 100% | N/A | UNDETERMINED |
| 15.11. | ROGERS LEARNING, LLC | 100% | N/A | UNDETERMINED |

**16.** **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| Debtor | Delphi Behavioral Health Group, LLC | Case Number (if known) | 23-10945 |
|---|---|---|---|
| | (Name) | | |

| 17 | Total of Part 4.<br>ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | UNDETERMINED |
|---|---|---|

**Part 5:    INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  RAW MATERIALS** | | | | |
| **20.  WORK IN PROGRESS** | | | | |
| **21.  FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22.  OTHER INVENTORY OR SUPPLIES** | | | | |

| 23 | Total of Part 5.<br>ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | NOT APPLICABLE |
|---|---|---|

| 24. | Is any of the property listed in Part 5 perishable?<br>☑ No<br>☐ Yes | | |
|---|---|---|---|

| 25. | Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?<br>☑ No<br>☐ Yes     Book value _____     Valuation method _____     Current value _____ |
|---|---|

| 26. | Has any of the property listed in Part 5 been appraised by a professional within the last year?<br>☑ No<br>☐ Yes |
|---|---|

**Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.  DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.  FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.  FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.  FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.  OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | Total of Part 6.<br>ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

Debtor    Delphi Behavioral Health Group, LLC                          Case number (if known)   23-10945
          (Name)

**34.   Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative ?
    ☐ No
    ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 7:** | **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES** |
|---|---|

**38.   DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   OFFICE FURNITURE** | | | |
|   NONE | | | |
| **40.   OFFICE FIXTURES** | | | |
|   40.1.  LEASEHOLD IMPROVEMENTS | $75,602.00 | BOOK | $75,602.00 |
| **41.   OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
|   41.1.  OFFICE EQUIPMENT INCLUDING COMPUTERS + SOFTWARE | $19,742.00 | BOOK | $19,742.00 |
| **42.   COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
|   NONE | | | |
| **43   Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $95,344.00 |

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

**46.   DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor  Delphi Behavioral Health Group, LLc    Case number (if known)  23-10945
        (Name)

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

**48.  WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES**  EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

**49.  AIRCRAFT AND ACCESSORIES**

**50.  OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

**51  Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

NOT APPLICABLE

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | REAL PROPERTY |
|---|---|

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 1901 W. CYPRESS ROAD, SUITE 500, FORT LAUDERDALE, FL 33309 | CORPORATE HEADQUARTERS LEASE | UNDETERMINED | N/A | UNDETERMINED |

**56  Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

UNDETERMINED

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   Delphi Behavioral Health Group, LLC                          Case Number (if known)   23-10945

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.   ADDICTIONCOUNSELINGINSTITUTE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.2.   ADDICTIONCOUNSELINGINSTITUTE.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.3.   ADDICTIONCOUNSELINGINSTITUTE.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.4.   ALCOHOLABUSE.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.5.   ARETEDETOX.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.6.   ARETEDETOX.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.7.   ARETEDETOX.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.8.   ARETERECOVERY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.9.   ARETERECOVERY.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.10.   ARETERECOVERY.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.11.   ARETETREATMENT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.12.   ARETETREATMENT.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.13.   ARETETREATMENT.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.14.   BREAKTHROUGHLIVINGRC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.15.   CALIFORNIAHIGHLANDS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.16.   CALIFORNIAHIGHLANDSDESERTCANYON.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.17.   CALIFORNIAHIGHLANDSVISTAS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.18.   DEFININGMOMENTRC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.19.   DELPHIBEHAVIORAL.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.20.   DELPHIBEHAVIORAL.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.21.   DELPHIBEHAVIORAL.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.22.   DELPHIHEALTHGROUP.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.23.   DELPHIHELPDESK.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.24.   DELPHITREATMENT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.25.   DELPHITREATMENT.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.26.   DELPHITREATMENT.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.27.   DELPHITREATMENT.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.28.   DESERTVIEWRC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.29.   DESERTVIEWRECOVERY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.30.   DESERTVIEWRECOVERY.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.31.   DESERTVIEWRECOVERY.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.32.   DESERTVIEWRECOVERY.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.33.   DRUGTREATMENTCENTERFINDER.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.34.   FAMILYRECOVERYSPECIALISTS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.35.   MARYLANDHOUSEDETOX.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.36.   MDDETOX.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.37.   MHDETOX.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.38.   NEWPERSPECTIVESFL.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.39.   NEWPERSPECTIVESRECOVERY.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.40.   OBR.MOBI | UNDETERMINED | N/A | UNDETERMINED |
| 61.41.   OBR.REHAB | UNDETERMINED | N/A | UNDETERMINED |

Debtor    Delphi Behavioral Health Group, LLC                              Case Number (if known)    23-10945

(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.42. OBRDETOX.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.43. OCEANBR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.44. OCEANBR.INFO | UNDETERMINED | N/A | UNDETERMINED |
| 61.45. OCEANBR.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.46. OCEANBR.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.47. OCEANBREEZERECOVERY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.48. OCEANBREEZERECOVERY.ORG | UNDETERMINED | N/A | UNDETERMINED |
| 61.49. ONWARDLIVINGRC.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.50. PATHWAYTOHOPE.NET | UNDETERMINED | N/A | UNDETERMINED |
| 61.51. PBINSTITUTE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.52. RECOVERYHUB.CO | UNDETERMINED | N/A | UNDETERMINED |
| 61.53. RECOVERYHUB.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.54. SBHFLORHAMPARK.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.55. SBHPRINCETONJUNCTION.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.56. SBHUNION.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.57. SERENITYATNE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.58. SERENITYATNJ.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.59. SERENITYATSUMMIT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.60. SUMMITBEHAVIORALHEALTH.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.61. SUMMITDETOXTREATMENT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.62. SUMMITEATINGDISORDERTREATMENT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.63. SUMMITHELPS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.64. SUMMITIOP.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.65. SUMMITRESIDENTIALTREATMENT.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.66. SUMMITTREATMENTDYNAMICS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.67. TREATMENT4GROWNUPS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.68. VISTAPINESHEALTH.COM | UNDETERMINED | N/A | UNDETERMINED |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65. GOODWILL** | | | |
| **66 Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** Do your lists or records include **personally identifiable information** of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
|---|---|---|---|
| | (Name) | | |

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| **Part 11:** | **ALL OTHER ASSETS** |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** **NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| NONE | |
| **72.** **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| NONE | |
| **73.** **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| NONE | |
| **74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| NONE | |
| **75.** **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| NONE | |
| **76.** **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| NONE | |
| **77.** **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.1.    PROMISSORY NOTE RECEIVABLE | $17,228.00 |
| 77.2.    TRUPATH RECEIVABLE | $33,522.00 |
| 77.3.    XO JET NOTE RECEIVABLE | $68,664.00 |
| **78** **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $119,414.00 |

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
☒ No
☐ Yes

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $349,650.99 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,109,755.47 | |

Debtor    Delphi Behavioral Health Group, LLC                                Case number (if known)      23-10945
     (Name)

| | | | |
|---|---|---|---|
| **82.** | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.** | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.** | **Inventory.** *Copy line 23, Part 5.* | | |
| **85.** | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $95,344.00 | |
| **87.** | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| **88.** | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → | | UNDETERMINED |
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| **90.** | **All other assets.** *Copy line 78, Part 11.* | + $119,414.00 | |
| **91.** | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $2,674,164.46 | + 91b. UNDETERMINED |
| **92.** | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $2,674,164.46 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | Delphi Behavioral Health Group, LLC |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-10945 |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1.  1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A **Amount of claim** *Do not deduct the value of collateral.* | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name** ASD SPECIALTY HEALTHCARE, LLC **Creditor's mailing address** D/B/A BESSE MEDICAL 9075 CENTRE PONITE DRIVE, SUITE 140 WEST CHESTER, OH 45069-4891 **Creditor's email address** **Date or dates debt was incurred** 1/28/2020 **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** ALL OF THE DEBTOR'S ASSETS **Describe the lien** UCC LIEN - FILING NUMBER 2020 0671133 **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | | UNKNOWN | UNDETERMINED |
| 2.1 | **Creditor's name** BRIGHTWOOD LOAN SERVICES, LLC **Creditor's mailing address** AS ADMINISTRATIVE AGENT 810 SEVENTH AVENUE, 26TH FLOOR NEW YORK, NY 10019 **Creditor's email address** **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS **Describe the lien** SENIOR PREPETITION CREDIT AGREEMENT **Is the creditor an insider or related party?** ☐ No ☑ Yes **Is anyone else liable on this claim?** ☐ No ☑ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | $44,327,619.76 | UNDETERMINED |

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
| --- | --- | --- | --- |
| | (Name) | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $44,327,619.76 |
| --- | --- | --- |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
| --- | --- | --- |
| BRIGHTWOOD LOAN SERVICES LLC<br>C/O AARONSON SCHANTZ BEILEY P.A.<br>ATTN: GEOFFREY S. AARONSON, ESQ.; TAMARA D. MCKEOWN, ESQ.<br>2 S. BISCAYNE BOULEVARD, SUITE 3450<br>MIAMI, FL  33131 | Line 2.1 | |
| BRIGHTWOOD LOAN SERVICES LLC<br>C/O KING & SPALDING LLP<br>1185 AVENUE OF THE AMERICAS, 34TH FLOOR<br>NEW YORK, NY  10036 | Line 2.1 | |

**Fill in this information to identify the case:**

Debtor   Delphi Behavioral Health Group, LLC

United States Bankruptcy Court for the:   Southern District of Florida

Case number
(if known)   23-10945

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
      ☐ No. Go to Part 2.
      ☑ Yes. Go to line 2.

**2.**    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | $290,351.60 | $290,351.60 |

**2.1**

**Priority creditor's name and mailing address**

UNITED STATES TREASURY
INTERNAL REVENUE SERVICE
PO BOX 9941, STOP 5500
OGDEN, UT  84409

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.**    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | $458,904.24 |

**3.1**

**Nonpriority creditor's name and mailing address**

18307 BOYS RANCH ROAD OWNER LLC
C/O WELLNESS REAL ESTATE PARTNERS LLC
9 EAST 8TH STREET, SUITE 141
NEW YORK, NY  10003

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
GUARANTOR

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor    Delphi Behavioral Health Group, LLC    Case number (if known)    23-10945

(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2** **Nonpriority creditor's name and mailing address**

35 ELM STREET ASSOCIATES
35 ELM STREET
NEW HAVEN, CT  06510

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.3** **Nonpriority creditor's name and mailing address**

44 COURT STREET LLC
9 EAST 40TH STREET - 8TH FLOOR
NEW YORK, NY  10016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☐ No
☒ Yes

$15,504.84

---

**3.4** **Nonpriority creditor's name and mailing address**

ALYSSA HARBINA
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,020.00

---

**3.5** **Nonpriority creditor's name and mailing address**

ANKURA CONSULTING GROUP LLC
PO BOX 74007043
CHICAGO, IL  60674-7043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,303.40

---

**3.6** **Nonpriority creditor's name and mailing address**

BOWMAN & COMPANY LLP
601 WHITE HORSE ROAD.
VOOEHEES, NJ  08043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,650.00

---

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $325.18 |
|---|---|---|---|

CANTEEN REFRESHMENTS
PO BOX 50196
LOS ANGELES, CA  90071-0196

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $750.00 |
|---|---|---|---|

CARLOS RIVERA
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,140.00 |
|---|---|---|---|

CHRISTOPHER SCHUMACHER
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

CLIENT ID 1
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

CLIENT ID 10
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☐ No
☒ Yes

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

CLIENT ID 11
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

CLIENT ID 12
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORKERS' COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

CLIENT ID 13
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

CLIENT ID 3
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36.42 |
|---|---|---|---|

COMCAST
PO BOX 71211
CHARLOTTE, NC  28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

COMCAST - NATIONAL
PO BOX 71211
CHARLOTTE, NC 28272

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

**$576.54**

---

**3.18** | **Nonpriority creditor's name and mailing address**

COMCAST BUSINESS
P.O BOX 37601
PHILADELPHIA, PA 19101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

**$307.50**

---

**3.19** | **Nonpriority creditor's name and mailing address**

COPY CAT COPIER SERVICE
2411 NW 16TH LANE #7
POMPANO BEACH, FL 33064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

**$56.04**

---

**3.20** | **Nonpriority creditor's name and mailing address**

CROWE LLP
320 E JEFFERSON BLVD
P.O. BOX 7
SOUTH BEND, IN 46624

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

**$48,944.00**

---

**3.21** | **Nonpriority creditor's name and mailing address**

CYNTHIA CURTIS
C/O LAW OFFICE OF MARC J. SMITH, LLC
ATTN: MARC J. SMITH
401 NORTH WASHINGTON STREET
SUITE 500
ROCKVILLE, MD 20850

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☐ No
☒ Yes

**UNKNOWN**

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.22** | **Nonpriority creditor's name and mailing address**

DATA FACTS, INC.
8000 CENTERVIEW PARKWAY
SUITE 400
CORDOVA, TN  38018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,858.88

---

**3.23** | **Nonpriority creditor's name and mailing address**

DIGITAL FIRST MEDIA (ADTAXI)
ATTN: ADTAXI HQ
PO BOX 6200
COLORADO SPRINGS, CO  80962-2000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,500.00

---

**3.24** | **Nonpriority creditor's name and mailing address**

ELYSIA L. RICHARDSON
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$315.00

---

**3.25** | **Nonpriority creditor's name and mailing address**

ENTERPRISE FM TRUST
ENTERPRISE FLEET MANAGEMENT CUSTOMER BILL
PO BOX 800089
KANSAS CITY, MO  64180-0089

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,917.55

---

**3.26** | **Nonpriority creditor's name and mailing address**

FEDEX
PO BOX 31241
TAMPA, FL  33631-3241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,319.31

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,364.30 |
|---|---|---|---|

FLEXENTIAL
PO BOX 660481
DALLAS, TX 75266-0481

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $314.50 |
|---|---|---|---|

FLORES & ASSOCIATES (COBRA/FSA)
600 FOREST POINT CIRCLE
CHARLOTTE, NC 28273

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,244.41 |
|---|---|---|---|

FPL
GENERAL MAIL FACILITY
MIAMI, FL 33188-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $495.00 |
|---|---|---|---|

GEORGII LIAPKO
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $157.50 |
|---|---|---|---|

JACOB GALANTE
ADDRESS ON FILE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.32** Nonpriority creditor's name and mailing address

JOBTARGET LLC
DEPT CH 16743
PALATINE, IL  60055-6743

Date or dates debt was incurred

Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

Is the claim subject to offset?
☒ No
☐ Yes

$1,000.00

---

**3.33** Nonpriority creditor's name and mailing address

JOSEPH RASPOLICH
ADDRESS ON FILE

Date or dates debt was incurred

Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

Is the claim subject to offset?
☒ No
☐ Yes

$640.00

---

**3.34** Nonpriority creditor's name and mailing address

K&L GATES LLP
K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WA  98104

Date or dates debt was incurred

Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

Is the claim subject to offset?
☒ No
☐ Yes

$25,577.50

---

**3.35** Nonpriority creditor's name and mailing address

KEVIN MORRIS
ADDRESS ON FILE

Date or dates debt was incurred

Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

Is the claim subject to offset?
☒ No
☐ Yes

$975.21

---

**3.36** Nonpriority creditor's name and mailing address

KIPU SYSTEMS
55 ALHAMBRA PLAZA
6TH FLOOR
CORAL GABLES, FL  33134

Date or dates debt was incurred

Last 4 digits of account number:

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE DEBT

Is the claim subject to offset?
☒ No
☐ Yes

$500.00

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.00
| | *Check all that apply.* |

LEIGH BRODY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
| | *Check all that apply.* |

LOURIE ELWELL
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
WORKERS' COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $614,941.77
| | *Check all that apply.* |

MCDERMOTT WILL & EMERY LLP
PO BOX 6043
CHICAGO, IL  60680-6043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,254.74
| | *Check all that apply.* |

NEW HORIZON COMMUNICATIONS
200 BAKER AVE
SUITE 300
CONCORD, MA  01742

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $169.64
| | *Check all that apply.* |

NEXONIA
20 YORK ST., SUITE 201
PORTLAND, ME  04101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE DEBT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.42**

**Nonpriority creditor's name and mailing address**

NUSO, LLC
6677 DELMAR BOULEVARD
UNIVERSITY CITY, MO 63130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$905.03

---

**3.43**

**Nonpriority creditor's name and mailing address**

OFFICE DEPOT
6600 NORTH MILITARY TRAIL
BOCA RATON, FL 33487

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.00

---

**3.44**

**Nonpriority creditor's name and mailing address**

PALM BAY STUDIOS, INC.
720 NE 69TH ST, UNIT 19N
MIAMI, FL 33138

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☐ No
☒ Yes

$21,543.94

---

**3.45**

**Nonpriority creditor's name and mailing address**

PITNEY BOWES PURCHASE POWER
PO BOX 981022
BOSTON, MA 02298-1022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$251.47

---

**3.46**

**Nonpriority creditor's name and mailing address**

PURELINQ
3769 OLD LIGHTHOUSE CIR
WELLINGTON, FL 33414

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,357.14

---

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.47 | **Nonpriority creditor's name and mailing address**<br><br>QUENCH USA, INC.<br>P.O. BOX 735777<br>DALLAS, TX  75373-5777<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,539.88 |

| 3.48 | **Nonpriority creditor's name and mailing address**<br><br>ROLLOVER REP<br>302WASHINGTON ST #150-7463<br>SAN DIEGO, CA  92103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,400.00 |

| 3.49 | **Nonpriority creditor's name and mailing address**<br><br>SCOREBUDDY, SENTIENT SOLUTIONS LIMITED<br>101-104 THE MASONRY<br>151-156 THOMAS ST.<br>DUBLIN 8  D08 PY5E<br>IRELAND<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,437.97 |

| 3.50 | **Nonpriority creditor's name and mailing address**<br><br>THE PFM GROUP, LLC<br>77 OSWEGO TRAIL<br>MEDFORD LAKES, NJ  08055<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $553.40 |

| 3.51 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON<br>PO BOX 660108<br>DALLAS, TX  75266-0108<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,233.37 |

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---:|

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.48 |
|---|---|---|---|
| | VITAL RECORDS CONTROL<br>5400 MELTECH BLVD, SUITE 101<br>MEMPHIS, TN  38118 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:**<br>TRADE DEBT | |
| | | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,118.95 |
|---|---|---|---|
| | WEX ENTERPRISE EXXONMOBIL CARD<br>WEX BANK<br>P.O. BOX 6293<br>CAROL STREAM, IL  60197 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:**<br>TRADE DEBT | |
| | | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,634.84 |
|---|---|---|---|
| | WINDSTREAM<br>PO BOX 9001013<br>LOUISVILLE, KY  40290-1013 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:**<br>TRADE DEBT | |
| | | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 3:** | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | CLIENT ID 13<br>C/O NEEDLE & ELLENBERG, P.A.<br>ATTN: ANDREW L. ELLENBERG<br>1401 BRICKELL AVENUE, SUITE 900<br>MIAMI, FL  33131 | Line 3.14 | |
| 4.2 | CYNTHIA CURTIS<br>C/O JOSEPH, GREENWALD & LAAKE, P.A.<br>ATTN: STEVEN M. PAVSNER<br>6404 IVY LANE, SUITE 400<br>GREENBELT, MD  20770 | Line 3.21 | |
| 4.3 | CYNTHIA CURTIS<br>C/O LAW OFFICE OF JEFFREY D. GOLDSTEIN, LLC<br>ATTN: JEFFREY D. GOLDSTEIN<br>9211 CORPORATE BLVD., SUITE 350<br>ROCKVILLE, MD  20850 | Line 3.21 | |

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
|---|---|---|---|
| | (Name) | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $290,351.60 |
| 5b. | Total claims from Part 2 | 5b. **+** | $1,381,996.94 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,672,348.54 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Delphi Behavioral Health Group, LLC |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-10945 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AND RENEWAL DTD 2/1/2012 | 314 10TH STREET LIMITED PARTNERSHIP<br>901 NORTHPOINT PARKWAY<br>SUITE 200<br>WEST PALM BEACH, FL  33401 |
| | **State the term remaining** | 6/30/2023 | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 2/1/2021 | 35 ELM STREET ASSOCIATES LLC<br>35 ELM STREET<br>ATTN: AVI LIPSKER<br>NEW HAVEN, CT  06510 |
| | **State the term remaining** | 2/1/2023 | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD OFFICE LEASE DTD 3/1/2021 | 44 COURT STREET LLC<br>C/O JOSEPH P. DAY REALTY CORP.<br>9 EAST 40TH STREET<br>NEW YORK, NY  10016 |
| | **State the term remaining** | 3/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AND QUALIFIED SERVICES ORGANIZATION AGREEMENT | A&L DATA SOLUTIONS, CO.<br>137 MORNING GLORY DR.<br>ATTN: DAVID FREEDMAN<br>MANCHESTER, NH  03109 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Delphi Behavioral Health Group, LLC                    Case number (if known)    23-10945

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT AMENDMENT / ADDENDUM - PHARMACY SERVICES AGREEMENT / RENEWAL DTD 7/1/2018 | ADVANCED PHARMACEUTICAL CONSULTANTS, INC.<br>PO BOX 530365<br>MIAMI SHORES, FL  33153-0365 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GROUP AGREEMENT DTD 7/1/2022<br><br><br>7/1/2023 | AETNA HEALTH INC<br>1425 UNION MEETING ROAD<br>BLUE BELL, PA  19422 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GROUP HOSPITAL INDEMNITY INSURANCE POLICY DTD 7/1/2022<br><br><br>7/1/2023 | AETNA LIFE INSURANCE COMPANY<br>151 FARMINGTON AVENUE<br>HARTFORD, CT  06156 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETAINER AGREEMENT | AKERMAN<br>98 SE 7TH ST<br>SUITE 1100<br>MIAMI, FL  33131 |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 1 TO THE PHYSICIAN EMPLOYMENT AGREEMENT DATED DTD 9/13/2020 | ALEKSANDR KAIPOV<br>ADDRESS REDACTED |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCUMENT SHREDDING SERVICE AGREEMENT DTD 10/28/2021<br><br><br>10/28/2023 | ALL POINTS MOBILE SHREDDING<br>P.O BOX 1768<br>STUART, FL  34995 |

Debtor    Delphi Behavioral Health Group, LLC                                   Case number (if known)    23-10945

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DOCUMENT SHREDDING SERVICE AGREEMENT DTD 12/1/2018 | ALL POINTS MOBILE SHREDDING<br>P.O BOX 1768<br>STUART, FL 34995 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE PAYER AGREEMENT | ALLIED HEALTH<br>ALLIED TRADES ASSISTANCE PROGRAM<br>ATTN: HEATHER RUSSELL<br>4170 WOODHAVEN ROAD<br>PHILADELPHIA, PA 19154 |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BEHAVIORAL HEALTH SERVICES AGREEMENT DTD 3/28/2022<br><br>3/28/2023 | ALLIED TRADES ASSISTANCE PROGRAM<br>ATTN: HEATHER RUSSELL<br>4170 WOODHAVEN ROAD<br>PHILADELPHIA, PA 19154 |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AND QUALIFIED SERVICES ORGANIZATION AGREEMENT | ANKURA CONSULTING GROUP, LLC<br>PO BOX 74007043<br>CHICAGO, IL 60674-7043 |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEDICAL DIRECTOR AGREEMENT DTD 3/1/2022<br><br>3/1/2024 | ANTHONY OPARAJI, M.D.<br>ADDRESS REDACTED |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL INSURANCE PREMIUM FINANCE AND SECURITY AGREEMENT DTD 10/26/2022<br><br>10/26/2023 | BANKDIRECT CAPITAL FINANCE<br>150 NORTH FIELD DRIVE, STE 190<br>LAKE FOREST, IL 60045 |

Debtor    Delphi Behavioral Health Group, LLC    Case number (if known)    23-10945

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 9/1/2021 | BOLIVE, LLC<br>5805 SW 113TH ST<br>ATTN: ALBERTO DE CARDENAS<br>MIAMI, FL  33156 |
| | **State the term remaining** | 9/1/2028 | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL STAFFING AGREEMENT DTD 7/26/2022 | BRIGHTSTAR CARE<br>C/O 3P HEALTH, LLC<br>ATTN: RYAN GUZZINO<br>6 NORTH PARK DR., STE 110<br>HUNT VALLEY, MD  21030 |
| | **State the term remaining** | 7/26/2023 | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT DTD 1/10/2023 | CAMERON BAKHTIAR<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT DTD 2/28/2020 | CARLOS RIVERA<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL SERVICES AGREEMENT DTD 11/17/2021 | CARMAHEALTH, PA<br>150 E SAMPLE ROAD<br>SUITE 320<br>POMPANO BEACH, FL  34994 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT DTD 2/19/2021 | CHRISTOPHER SCHUMACHER<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Delphi Behavioral Health Group, LLC                     Case number (if known)    23-10945

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTICIPANT SUBSCRIPTION FORM DTD 4/1/2019 | CLARITY GROUP, INC.<br>8601 W. BRYN MAWR<br>STE 110<br>CHICAGO, IL  60631 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONTRACT SERVICE DTD 8/17/2022<br><br><br>8/16/2023 | COPY CAT COPIER SERVICE<br>2411 NW 16TH LANE<br>#7<br>POMPANO BEACH, FL  33064 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETIREMENT CONSULTING SERVICES AGREEMENT DTD 1/1/2022 | CREATIVE PLANNING LLC<br>5454 W. 110TH STREET<br>ATTN: KAREN PRANGE<br>OVERLAND PARK, KS  66211 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SHORT TERM LICENSE AGREEMENT DTD 2/3/23<br><br><br>6/30/2023 | CYPRESS CORPORATE TOWER LLC<br>1901 W CYPRESS CREEK ROAD<br>SUITE 102<br>FORT LAUDERDALE, FL  33309 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DATA FACTS AGREENET ABD ADDENDUM DTD 3/5/2019<br><br><br>3/5/2023 | DATA FACTS, INC.<br>8000 CENTERVIEW PARKWAY, STE 400<br>CORDOVA, TN  38018 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL LEASE AGREEMENT DTD 1/1/2020<br><br><br>12/31/2022 | DAVID FONT<br>ADDRESS ON FILE |

Debtor    Delphi Behavioral Health Group, LLC                    Case number (if known)    23-10945

        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DTD 3/5/2021 | DIAMOND GROUP CONSULTANTS<br>4712 POE AVENUE<br>WOODLAND HILLS, CA  91364 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PREVENTIVE MAINTENANCE AGREEMENT DTD 7/1/2022<br><br>7/1/2023 | DON HILLMAN INC<br>1714 W STATE ROAD 84<br>FORT LAUDERDALE, FL  33315 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 1/10/2023 | DONNA ROWLAND<br>ADDRESS ON FILE |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER EQUITY LEASE AGREEMENT DTD 6/11/2019 | ENTERPRISE FM TRUST<br>ATTN: BRETT FRAZEE<br>5105 JOHNSON RD.<br>COCONUT CREEK, FL  33073 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEDICAL DIRECTOR EMPLOYMENT AGREEMENT DTD 3/11/2022<br><br>3/11/2023 | ERIC J. WILLIAMS, M.D.<br>ADDRESS REDACTED |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FEDEX TRASNPORTATION SERVICES AGREEMENT DTD 5/13/2020 | FEDERAL EXPRESS CORPORATION<br>PO BOX 660481<br>DALLAS, TX  75266-0481 |

Debtor    Delphi Behavioral Health Group, LLC                          Case number (if known)    23-10945
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | FLORES MASTER AGREEMENT DTD 1/1/2021 | FLORES & ASSOCIATES, LLC<br>1218 SOUTH CHURCH STREET<br>CHARLOTTE, NC  28203 |
| | **State the term remaining** | 1/1/2026 | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT DTD 9/24/2020 | GEORGII LIAPKO<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | GOOGLE ADS MASTER SERVICE AGREEMENT DTD 10/18/2022 | GOOGLE LLC<br>1600 AMPHITHEATRE PKWY<br>MOUNTAIN VIEW, CA  94043 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | ENAGAGEMENT AGREEMENT DTD 8/22/2018 | GUIDECAP PARTNERS LLC<br>750 N. SAINT PAUL STREET<br>SUITE 1600<br>DALLAS, TX  75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL STAFFING AGREEMENT DTD 10/1/2021 | HOME CARE THERAPIES LLC<br>DBA HORIZON HEALTHCARE STAFFING<br>20 JERUSALEM AVE., 3RD FLOOR<br>HICKSVILLE, NY  11801 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEMA APP PROPOSAL FOR DELPHI BEHAVIORAL HEALTH GROUP DTD 1/1/2023 | HUNCH MANIFEST INC. DBA SCGEMA APP<br>15 WYNDHAM STREET NORTH<br>SUITE C<br>GUELPH, ON  N1H 4E4<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Delphi Behavioral Health Group, LLC                Case number (if known) 23-10945

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OPERATIONAL AGREEMENT DTD 10/20/2021 | INDIAN HEALTH COUNCIL, INC.<br>50100 GOLSH RD<br>VALLEY CENTER, CA 92082 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE PAYER AGREEMENT | INDIAN HEALTH SERVICES<br>MICMAC HEALTH DEPT.<br>8 NORTHERN RD.<br>PRESQUE ISLE, ME 04769 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BILLING SERVICES AGREEMENT AND AMENDMENTS DTD 9/21/2017<br><br>9/21/2026 | INFINITY BEHAVIORAL HEALTH SERVICES, LLC<br>2901 STIRLING RD<br>STE 300<br>FORT LAUDERDALE, FL 33312 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AFFILIATE/MULTI-LOCATION AGREEMENT DTD 2/14/2019 | IRON MOUNTAIN INFORMATION MANAGEMENT, LLC<br>PO BOX 27128<br>NEW YORK, NY 10087-7128 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOME IMPROVEMENT CONTRACT DTD 6/20/2022 | IRONCLAD IMPACT WINDOWS AND DOORS<br>3701 SW 47TH AVE<br>SUITE 106<br>DAVIE, FL 33314 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE ORDER DTD 2/1/2022 | JOBTARGET LLC<br>600 SUMMER STREET<br>5TH FLOOR<br>STAMFORD, CT 06901 |

Debtor    Delphi Behavioral Health Group, LLC                                    Case number (if known)    23-10945

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 1/10/2023 | JONATHAN PENA<br>ADDRESS ON FILE |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 1/10/2023 | JOSEPH HERBERT<br>ADDRESS ON FILE |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT CONTRACTOR AGREEMENT DTD 12/2/2019 | JOSEPH RASPOLICH<br>ADDRESS ON FILE |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT CONTRACTOR AGREEMENT DTD 3/1/2021 | KEVIN MORRIS<br>ADDRESS ON FILE |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER OF EMPLOYMENT DTD 5/9/2018 | LINDA EARHART<br>ADDRESS ON FILE |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE PAYER AGREEMENT | LOWER HUDSON VALLEY EAP<br>ATTN: MICHAEL W. POPP. PHD<br>3505 HILL BLVD. SUITE A<br>YORKTOWN HEIGHTS, NY  10598 |

Debtor    Delphi Behavioral Health Group, LLC                           Case number (if known)    23-10945

_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | TRAVELING HEALTHCARE ROFESSIONALS STAFFING AGREEMENT DTD 3/29/2021 | MANAGEMENT HEALTH SYSTEMS, LLC DBA MEDPRO HEALTHCARE STAFFING 1580 SAWGRASS CORPORATE PARKWAY SUITE 200 SUNRISE, FL  33323 |
| | **State the term remaining** | 4/29/2021 | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT DTD 6/23/2022 | MARISSA MCGINNIS ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL CONTRACT FOR WATER COOLER RENTALS - (RECENTLY ACQUIRED BY QUENCH USA, INC) - MASTER AGREEMENT DTD 9/7/2018 | MARLIN LEASING CORPORATION 300 FELLOWSHIP ROAD MOUNT LAUREL, NJ  08054 |
| | **State the term remaining** | 9/7/2023 | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT RENTAL CONTRACT FOR WATER COOLER RENTALS - (RECENTLY ACQUIRED BY QUENCH USA, INC) - NORTH EAST FACILITIES DTD 9/7/2018 | MARLIN LEASING CORPORATION 300 FELLOWSHIP ROAD MOUNT LAUREL, NJ  08054 |
| | **State the term remaining** | 9/7/2023 | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY STAFFING AGREEMENT DTD 2/9/2021 | MAXIM HEALTHCARE STAFFING SERVICES, INC. 5030 CAMINO DE LA SIESTA SAN DIEGO, CA  92108 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | TRAVELING HEALTHCARE PROFESSIONALS STAFFING AGREEMENT DTD 3/29/2021 | MEDPRO/MANAGEMENT HEALTH SYSTEMS, LLC 1580 SAWGRASS CORPORATE PARKWAY SUITE 200 SUNRISE, FL  33323 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Delphi Behavioral Health Group, LLC                    Case number (if known)    23-10945

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 1/10/2023 | MICHAEL LA PIETRA<br>ADDRESS ON FILE |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 1/10/2023 | MICHAEL YADGAROFF<br>ADDRESS ON FILE |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 1/20/2022 | MULANADA SOUND HEALING (ANUKRAMA)<br>451 SW 203RD AVE<br>PEMBROKE PINES, FL  33029 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 1/11/2023 | NAME AND ADDRESS ON FILE |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 1/11/2023 | NAME AND ADDRESS ON FILE |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 1/13/2023 | NAME AND ADDRESS ON FILE |

Debtor    Delphi Behavioral Health Group, LLS    Case number (if known)    23-10945
     (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 1/13/2023 | NAME AND ADDRESS ON FILE |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 1/26/2023 | NAME AND ADDRESS ON FILE |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 1/3/2023 | NAME AND ADDRESS ON FILE |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 1/7/2023 | NAME AND ADDRESS ON FILE |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 1/8/2023 | NAME AND ADDRESS ON FILE |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 1/9/2023 | NAME AND ADDRESS ON FILE |

Debtor    Delphi Behavioral Health Group, LLC                    Case number (if known)    23-10945
_____    _____    _____    _____
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 1/9/2023 | NAME AND ADDRESS ON FILE |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIAL SEVERENCE AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS DTD 12/13/2022 | NAME AND ADDRESS ON FILE |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBSCRIPTION ORDER FORM AGREEMENT DTD 1/9/2019 | NEXONIA INC.<br>2 ST. CLAIR AVENUE EAST<br>SUITE 750<br>TORONTO, ON  M4T 2T5<br>CANADA |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NEXTSTEP LICENSE AGREEMENT DTD 1/1/2018 | NEXTSTEP SOLUTIONS INC.<br>3201 UNIVERSITY BLVD<br>SUITE 250<br>AUBURN HILLS, MI  48326 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ESTIMATE DTD 6/22/2022<br><br>6/22/2023 | ORACLE NETSUITE<br>2300 ORACLE WAY<br>AUSTIN, TX  78741 |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL SERVICES AGREEMENT DTD 4/19/2019 | ORKIN PEST CONTROL<br>3540 NW 56TH ST<br>STE 208<br>FORT LAUDERDALE, FL  33309 |

Debtor    Delphi Behavioral Health Group, LLS
_____    Case number (if known)    23-10945
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE DTD 12/10/2019 | PALM BAY STUDIOS, INC<br>720 NE 69TH STREET<br>UNIT 19N<br>MIAMI, FL  33138 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT CONTRACTOR PROFESSIONAL SERICES AGREEMENT DTD 10/3/2019 | PAUL FRANK GIANNANDREA<br>ADDRESS ON FILE |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PAYLOCITY CORPORATION FULL BUNDLE SUBSCRIPTION TERM AGREEMENT DTD 4/4/2018<br><br>4/4/2023 | PAYLOCITY CORPORATION<br>3580 N. WILKE ROAD<br>ARLINGTON HEIGHTS, IL  60004 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 6/30/2022<br><br>6/30/2025 | PITNEY BOWES INC.<br>PO BOX 981022<br>BOSTON, MA  02298-1022 |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REPRICER AGREEMENT | PROVIDER NETWORK OF AMERICA, LLC<br>ATTN: VICE PRESIDENT<br>1600 WEST BROADWAY ROAD SUITE 300<br>TEMPE, AZ  85282 |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTICIPATING FACILITY AGREEMENT DTD 7/25/2022<br><br>7/25/2024 | PROVIDER NETWORK OF AMERICA, LLC<br>ATTN: VP, PROVIDER NETWORKS<br>1600 WEST BROADWAY ROAD, STE 300<br>TEMPE, AZ  85282 |

Debtor    Delphi Behavioral Health Group, LLC                                    Case number (if known)    23-10945

    (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | LABORATORY SERVICES AGREEMENT AND FIRST AGREEMENT DTD 8/1/2019 | QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. ATTN: GENERAL COUNSEL 500 PLAZA DRIVE SECAUCUS, NJ  07094 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | RELIAS LLC PO BOX 74008620 CHICAGO, IL  60674-8620 |
| | **State the term remaining** | 11/30/2024 | |
| | **List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | PUCHASE ORDER DTD 5/1/2022 | SALESFORCE, INC. SALESFORCE TOWER 415 MISSION STREET, 3RD FLOOR SAN FRANCISCO, CA  94105 |
| | **State the term remaining** | 5/18/2023 | |
| | **List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DTD 4/28/2022 | SCOREBUDDY THE MASONRY, 151 156 THOMAS ST USHER'S ISLAND DUBLIN  D08 PY5E IRELAND |
| | **State the term remaining** | 4/28/2023 | |
| | **List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE OF PROJECT DTD 2/6/2018 | STRATOKEY PTY LTD STE 2, LEVEL 12, 86 COLLINS STREET HOBART TASMANIA  7000 AUSTRALIA |
| | **State the term remaining** | 2/6/2023 | |
| | **List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | INSURANCE PAYER AGREEMENT | TRI STATE EAP, INC. ATTN: MARYANN TELESCO 16 MT. EBO RD. SOUTH, SUITE 14A-13 BREWSTER, NY  10509 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Delphi Behavioral Health Group, LLC
(Name)

Case number (if known)    23-10945

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DTD 3/1/2021 | TRI-STATE EAP, INC.<br>16 MT. EBO RD. SOUTH<br>SUITE 14A-13<br>BREWSTER, NY  10509 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | DINING SERVICE MANAGEMENT AGREEMENT DTD 11/20/2020 | UNIDINE CORPORATION<br>ATTN: LEGAL DEPARTMENT<br>1000 WASHINGTON STREET, SUITE 510<br>BOSTON, MA  02118 |
| | **State the term remaining** | 11/20/2023 | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT DTD 1/10/2023 | VERONICA LACHANCE<br>ADDRESS ON FILE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT DTD 9/1/2020 | VIDEAU, LLC<br>1187 FALLING CIRCLE CT<br>WINTER PSRINGS, FL  32708 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL LABORATORY SERVICES AGREEMENT FOR ACCOUNT BILLING DTD 8/31/2022 | WESTOX LABS, LLC<br>18102 SKY PARK CIRCLE<br>SUITE E<br>IRVINE, CA  92614 |
| | **State the term remaining** | 8/31/2023 | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | WINDSTREAM<br>ATTN: CUSTOMER CARE<br>PO BOX 3177<br>CEDAR RAPIDS, IA  52406-3177 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Delphi Behavioral Health Group, LLC    Case number (if known)    23-10945

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INSURANCE PAYER AGREEMENT | WORKFORCE ASSISTANCE PROGRAMS-<br>ATTN: PAT MERCORA<br>177A EAST MAIN STREET, SUITE 161<br>NEW ROCHELLE, NY  10801 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBLEASE DTD 1/1/2020<br><br><br>10/1/2025 | XOJET AVIATION LLC<br>ATTN: KEVIN THOMAS<br>500 E BROWARD BLVD. STE 700<br>CORAL GABLES, FL  33134 |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | YEXT MASTER SUBSCRIPTION AGREEMENT SUBSCRIPTION SCHEDULE DTD 12/9/2022<br><br>12/9/2023 | YEXT, INC.<br>ATTN: GENERAL COUNSEL<br>61 NINTH AVENUE<br>NEW YORK, NY  10011 |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF UNDERSTANDING DTD 1/10/2022 | YOGA 4 CHANGE<br>2020 COPPER CREEK DRIVE<br>UNIT D<br>FLEMING ISLAND, FL 32003 |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INDEPENDENT CONTRACTOR AGREEMENT DTD 1/31/2022 | YOUR DIETITIAN FOR LIFE<br>8040 SW 18TH PLACE<br>DAVIE, FL 33324 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Delphi Behavioral Health Group, LLC |
| United States Bankruptcy Court for the: | Southern District of Florida |
| Case number (if known) | 23-10945 |

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☒ Yes. |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | 61 BROWN STREET HOLDINGS, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | ALOFT RECOVERY LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | BANYAN RECOVERY INSTITUTE, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | BREAKTHROUGH LIVING RECOVERY COMMUNITY, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | CALIFORNIA ADDICTION TREATMENT CENTER LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | CALIFORNIA VISTAS ADDICTION TREATMENT LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.7 | DBHG HOLDING COMPANY, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.8 | DEFINING MOMENT RECOVERY COMMUNITY, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.9 | DELPHI HEALTH BUYERCO, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.10 | DELPHI HEALTH GROUP, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.11 | DELPHI INTERMEDIATE HEALTHCO, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | Delphi Behavioral Health Group, LLC | Case number (if known) | 23-10945 |
| | (Name) | | |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| | Name | Mailing Address | Name | *Check all schedules that apply* |
|---|---|---|---|---|
| 2.12 | DESERT VIEW RECOVERY COMMUNITY, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.13 | DR SUB, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.14 | LAS OLAS RECOVERY, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.15 | MARYLAND HOUSE DETOX, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.16 | NEW PERSPECTIVES, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.17 | NEW STEP HOUSING LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.18 | OCEAN BREEZE DETOX, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.19 | OCEAN BREEZE RECOVERY, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.20 | ONWARD LIVING RECOVERY COMMUNITY, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.21 | PALM BEACH RECOVERY, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.22 | PEAK HEALTH NJ, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.23 | QBR DIAGNOSTICS, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.24 | ROGERS LEARNING, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.25 | SBH HAVERHILL, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.26 | SBH UNION IOP LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.27 | SUMMIT AT FLORHAM PARK, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |
| 2.28 | SUMMIT BEHAVIORAL HEALTH LIMITED LIABILITY COMPANY | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☑ D ☐ E/F ☐ G |

Debtor   Delphi Behavioral Health Group, LLC                    Case number (if known)   23-10945

(Name)

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.29 | SUMMIT HEALTH BUYERCO, LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D ☐ E/F ☐ G |
| 2.30 | SUMMIT IOP LIMITED | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D ☐ E/F ☐ G |
| 2.31 | UNION FRESH START LLC | 1901 WEST CYPRESS CREEK ROAD STE. 500 FORT LAUDERDALE, FL 33309 | BRIGHTWOOD LOAN SERVICES, LLC | ☒ D ☐ E/F ☐ G |

**Question #77 – Other Property of Any Kind**
**Explanation on Intercompany Transactions**

The Debtors engage in ordinary course intercompany transactions that result in credit and debit book entries for accounting purposes. Such intercompany transactions result in a net zero balance. As such, the intercompany "due from" amounts have not been listed in Part 11, Item 77 and the corresponding intercompany "due to" amounts have not been listed in Schedule F for all Debtors impacted by such intercompany transactions.