UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI BEHAVIORAL HEALTH GROUP, LLC, *et al.*,[1] | Case No. 23-10945-PDR |
| Debtor. | **Ref. Docket Nos. 114-144 & 147-149** |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF OHIO                )
                                            ) ss.:
COUNTY OF FRANKLIN    )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with an office located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 22, 2023, I caused to be served the:

    a.  "Debtor, Delphi Behavioral Health Group, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 114], (the "DHG Payroll Notice"),

    b.  "Debtor, 61 Brown Street Holdings, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 115], (the "Brown Payroll Notice"),

---

[1] The address of the Debtors is 1901 West Cypress Creek Road, Suite 500, Fort Lauderdale, FL 33309. The last four digits of the Debtors' federal tax identification numbers are: (i) Delphi Behavioral Health Group, LLC (2076), (ii) 61 Brown Street Holdings, LLC (0007), (iii) Aloft Recovery LLC (6674), (iv) Banyan Recovery Institute, LLC (6998), (v) Breakthrough Living Recovery Community, LLC (5966), (vi) California Addiction Treatment Center LLC (7655), (vii) California Vistas Addiction Treatment LLC (8272), (viii) DBHG Holding Company, LLC (6574), (ix) Defining Moment Recovery Community, LLC (3532), (x) Delphi Health BuyerCo, LLC (2325), (xi) Delphi Health Group, LLC (0570), (xii) Delphi Intermediate HealthCo, LLC (6378), (xiii) Delphi Management LLC (6474), (xiv) Desert View Recovery Community, LLC (7437), (xv) DR Parent, LLC (2700), (xvi) DR Sub, LLC (8183), (xvii) Las Olas Recovery LLC (9082), (xviii) Maryland House Detox, LLC (1626), (xix) New Perspectives, LLC (0508), (xx) Next Step Housing LLC (6975), (xxi) Ocean Breeze Detox, LLC (7019), (xxii) Ocean Breeze Recovery, LLC (9621), (xxiii) Onward Living Recovery Community, LLC (4735), (xxiv) Palm Beach Recovery, LLC (4459), (xxv) Peak Health NJ, LLC (7286), (xxvi) QBR Diagnostics, LLC (7835), (xxvii) Rogers Learning, LLC (1699), (xxviii) SBH Haverhill, LLC (0971), (xxix) SBH Union IOP LLC (4139), (xxx) Summit at Florham Park, LLC (8226), (xxxi) Summit Behavioral Health Limited Liability Company (3337), (xxxii) Summit Health BuyerCo, LLC (2762), (xxxiii) Summit IOP Limited (4567), and (xxxiv) Union Fresh Start LLC (6841).

c. "Debtor, Aloft Recovery LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 116], (the "Aloft Payroll Notice"),

d. "Debtor, Banyan Recovery Institute, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 117], (the "Banyan Payroll Notice"),

e. "Debtor, Breakthrough Living Recovery Community, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 118], (the "Breakthrough Payroll Notice"),

f. "Debtor, California Addiction Treatment Center LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 119], (the "Cali Addiction Payroll Notice"),

g. "Debtor, California Vistas Addiction Treatment LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 120], (the "Cali Vista Payroll Notice"),

h. "Debtor, DBHG Holding Company, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 121], (the "DBHG Payroll Notice"),

i. "Debtor, Defining Moment Recovery Community, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 122], (the "Defining Payroll Notice"),

j. "Debtor, Delphi Health BuyerCo, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 123], (the "Delphi HB Payroll Notice"),

k. "Debtor, Delphi Health Group, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 124], (the "Delphi HG Payroll Notice"),

l. "Debtor, Delphi Intermediate HealthCo, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 125], (the "Delphi IH Payroll Notice"),

m. "Debtor, Delphi Management LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 126], (the "Delphi Management Payroll Notice"),

n. "Debtor, Desert View Recovery Community, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 127], (the "Desert Payroll Notice"),

o. "Debtor, DR Parent, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 128], (the "DR Parent Payroll Notice"),

p. "Debtor, DR Sub, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 129], (the "DR Sub Payroll Notice"),

q.  "Debtor, Las Olas Recovery LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 130], (the "Olas Payroll Notice"),

r.  "Debtor, Maryland House Detox, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 131], (the "Maryland Payroll Notice"),

s.  "Debtor, New Perspectives, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 132], (the "New Perspectives Payroll Notice"),

t.  "Debtor, Next Step Housing LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 133], (the "Next Step Payroll Notice"),

u.  "Debtor, Ocean Breeze Detox, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 134], (the "Ocean Breeze Payroll Notice"),

v.  "Debtor, Ocean Breeze Recovery, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 135], (the "Ocean Living Payroll Notice"),

w.  "Debtor, Onward Living Recovery Community, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 136], (the "Onward Payroll Notice"),

x.  "Debtor, Palm Beach Recovery, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 137], (the "Palm Payroll Notice"),

y.  "Debtor, Peak Health NJ, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 138], (the "Peak Payroll Notice"),

z.  "Debtor, QBR Diagnostics, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 139], (the "QBR Payroll Notice"),

aa.  "Debtor, Rogers Learning, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 140], (the "Rogers Payroll Notice"),

bb.  "Debtor, SBH Haverhill, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 141], (the "SBH Haverhill Payroll Notice"),

cc.  "Debtor, SBH Union IOP LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 142], (the "SBH Union Payroll Notice"),

dd.  "Debtor, Summit at Florham Park, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 143], (the "Summit Payroll Notice"),

ee.  "Debtor, Summit Behavioral Health Limited Liability Company's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 144], (the "Summit BH Payroll Notice"),

ff. "Debtor, Summit Health BuyerCo, LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 147], (the "Summit Health Payroll Notice"),

gg. "Debtor, Summit IOP Limited's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 148], (the "Summit IOP Payroll Notice"), and

hh. "Debtor, Union Fresh Start LLC's Notice of Filing Payroll and Sales Tax Reports," dated February 21, 2023 [Docket No. 149], (the "Union Payroll Notice"),

by causing true and correct copies of the:

i. DHG Payroll Notice, Brown Payroll Notice, Aloft Payroll Notice, Banyan Payroll Notice, Breakthrough Payroll Notice, Cali Addiction Payroll Notice, Cali Vista Payroll Notice, DBHG Payroll Notice, Defining Payroll Notice, Delphi HB Payroll Notice, Delphi HG Payroll Notice, Delphi IH Payroll Notice, Delphi Management Payroll Notice, Desert Payroll Notice, DR Parent Payroll Notice, DR Sub Payroll Notice, Olas Payroll Notice, Maryland Payroll Notice, New Perspectives Payroll Notice, Next Step Payroll Notice, Ocean Breeze Payroll Notice, Ocean Living Payroll Notice, Onward Payroll Notice, Palm Payroll Notice, Peak Payroll Notice, QBR Payroll Notice, Rogers Payroll Notice, SBH Haverhill Payroll Notice, SBH Union Payroll Notice, Summit Payroll Notice, Summit BH Payroll Notice, Summit Health Payroll Notice, Summit IOP Payroll Notice, and Union Payroll Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. DHG Payroll Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii. DHG Payroll Notice, Breakthrough Payroll Notice, Ocean Breeze Payroll Notice, and Palm Payroll Notice to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit C,

iv. DHG Payroll Notice and SBH Haverhill Payroll Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit D,

v. DHG Payroll Notice, SBH Haverhill Payroll Notice, SBH Union Payroll Notice, Summit Payroll Notice, Summit BH Payroll Notice, and Union Payroll Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit E,

vi. DHG Payroll Notice, Summit BH Payroll Notice, and Union Payroll Notice to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit F,

    vii.  Summit BH Payroll Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit G</u>,

   viii.  Union Payroll Notice to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit H</u>, and

    ix.  DHG Payroll Notice, Brown Payroll Notice, Aloft Payroll Notice, Banyan Payroll Notice, Breakthrough Payroll Notice, Cali Addiction Payroll Notice, Cali Vista Payroll Notice, DBHG Payroll Notice, Defining Payroll Notice, Delphi HB Payroll Notice, Delphi HG Payroll Notice, Delphi IH Payroll Notice, Delphi Management Payroll Notice, Desert Payroll Notice, DR Parent Payroll Notice, DR Sub Payroll Notice, Olas Payroll Notice, Maryland Payroll Notice, New Perspectives Payroll Notice, Next Step Payroll Notice, Ocean Breeze Payroll Notice, Ocean Living Payroll Notice, Onward Payroll Notice, Palm Payroll Notice, Peak Payroll Notice, QBR Payroll Notice, Rogers Payroll Notice, SBH Haverhill Payroll Notice, SBH Union Payroll Notice, Summit Payroll Notice, Summit BH Payroll Notice, Summit Health Payroll Notice, Summit IOP Payroll Notice, and Union Payroll Notice to be delivered via electronic mail to: *ustp.region21@usdoj.gov*, *steven.wilkes@usdoj.gov*, and *heidi.a.feinman@usdoj.gov*.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
28th day of February, 2023
*/s/ Rosalyn DeMattia*
Rosalyn DeMattia
Notary Public, State of Ohio
Commission Expires: 7/18/2027

# EXHIBIT A

DELPHI BEHAVIORAL HEALTH GROUP, LLC, *et al.* - Case No. 23-10945-PDR
First Class Mail Parties

UNITED STATES TREASURY
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
OGDEN, UT 84201

FLORIDA DEPARTMENT OF REVENUE
MARK HAMILTON
P.O. BOX 6668
TALLAHASSEE, FL 32314-6668

FLORIDA DEPARTMENT OF
REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399-0100

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| ACCOUNT SERVICES GROUP MIC-90 | EMPLOYEET DEVELOPMENT DEPARTMENT PO BOX 942880 SACRAMENTO CA 94280 |
| ARIZONA DEPARTEMENT OF ECONOMIC SECURITY | 1789 W. JEFFERSON ST PHOENIX AZ 85007 |
| ARIZONA DEPARTMENT OF REVENUE | 1600 WEST MONROE STREET PHOENIX AZ 85007 |
| ARIZONA DEPARTMENT OF REVENUE | P.O. BOX 29079 PHOENIX AZ 85038-9079 |
| CALIFORNIA DEPARTMENT OF TAX | AND FEE ADMINISTRATION P.O. BOX 942879 SACRAMENTO CA 94279 |
| COMPTROLLER OF MARYLAND | 60 WEST STREET SUITE 102 ANNAPOLIS MD 21401 |
| COMPTROLLER OF MARYLAND | REVENUE ADMINISTRATION CENTER 80 CALVERT STREET ANNAPOLIS MD 21404 |
| CONNECTICUT DEPARTMENT OF LABOR | 200 FOLLY BROOK BLVD WETHERSFIELD CT 61091-1114 |
| CONNECTICUT DEPARTMENT OF REVENUE SERVICES | 450 COLUMBUS BLVD SUITE 1 HARTFORD CT 06103 |
| CONNECTICUT DEPARTMENT OF REVENUE SERVICES | 25 SIGOURNEY ST., STE 2 HARTFORD CT 06106-5032 |
| DEPARTMENT OF EMPLOYMENT SECURITY | 32 SOUTH MAIN STREET CONCORD NH 03301-4857 |
| DEPARTMENT OF EMPLOYMENT SERVICES | OFFICE OF UNEMPLOYMENT COMPENSATION TAX DIVISION 609 H STREET NE, 3RD FLOOR WASHINGTON DC 20001-4347 |
| DEPARTMENT OF LABOR | STATE CAMPUS BUILDING 12, ROOM 500 ALBANY NY 12240-0339 |
| DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT | 220 FRENCH LANDING DR NASHVILLE TN 37243 |
| DEPARTMENT OF LABOR, LICENSING, & REGULATION | 1100 NORTH EUTAW ST. ROOM 414 BALTIMORE MD 21201-2201 |
| DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS | 3024 W GRAND BLVD DETROIT MI 48202-6024 |
| DEPT OF LABOR AND INDUSTRY | 7TH AND FORSTER STREET, ROOM 915 HARRISBURG PA 17121-0001 |
| DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE | 1101 4TH STREET, SW SUITE 270 WEST WASHINGTON DC 20004 |
| DIVISION OF EMPLOYMENT SECURITY | PO BOX 59 JEFFERSON CITY MO 65104-0059 |
| EARNED INCOME TAX OFFICE | H.A. BERKHEIMER, INC. 1101 LITTLE LANE, ROOM 10 WARMINSTER PA 18974 |
| EMPLOYMENT COMMISSION | PO BOX 1358 RICHMOND VA 23218-1358 |
| EMPLOYMENT DEVELOPMENT DEPARTMENT | TAXPAYER ASSISTANCE CENTER PO BOX 826880 SACRAMENTO CA 94280-0001 |
| FINANCE DEPARTMENT | 235 E AIRY STREET NORRISTOWN PA 19401 |
| MARYLAND DEPARTMENT OF LABOR | P.O. BOX 17291 BALTIMORE MD 21297-0365 |
| MASD TAX OFFICE | 3590 O'NEIL BOULEVARD MCKEESPORT PA 15132 |
| MICHIGAN DEPARTMENT OF | TREASURY LANSING MI 48922 |
| MICHIGAN UNIEMPLOYMENT INSURANCE AGENCY | PO BOX 8068 ROYAL OAK MI 48068-8068 |
| MICHIGAN UNIEMPLOYMENT INSURANCE AGENCY | CADILLAC PLACE 3024 WEST GRAND BOULEVARD DETROIT MI 48202 |
| MISSOURI DEPARTMENT OF REVENUE | HARRY S TRUMAN STATE OFFICE BUILDING 301 WEST HIGHT STREET JEFFERSON CITY MO 65101 |
| NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | 109 PLEASANT ST. CONCORD NH 03301 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | STATE PROCESSING CENTER PO BOX 15555 ALBANY NY 12212-5555 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | 1 COMMERCE PLAZA 99 WASHINGTON AVE. SUITE 600 ALBANY NY 12231-0001 |
| NORRISTOWN AREA SD | 401 N WHITEHALL RD NORRISTOWN PA 19403 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | P.O. BOX 587787 RALEIGH NC 27658 |
| NYS DEPARTMENT OF LABOR | HARRIMAN CAMPUS BUILDING 12, ROOM 312 ALBANY NY 12226 |
| OFFICE OF BUDGET AND FINANCE | 400 WASHINGTON AVE ROOM 150 TOWSON MD 21204 |
| OFFICE OF THE CHIEF FINANCIAL OFFICER | 1350 PENNSYLVANIA AVENUE, NW SUITE 203, WASHINGTON DC 20004 |
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES | P.O. BOX 182404 COLUMBUS OH 43218-2404 |

| Claim Name | Address Information |
|---|---|
| OHIO DEPARTMENT OF TAXATION | 4485 NORTHLAND RIDGE BLVD. COLUMBUS OH 43229 |
| PHILADELPHIA DEPARTMENT OF REVENUE | MUNICIPAL SERVICES BUILDING 1401 JOHN F. KENNEDY BLVD. PHILADELPHIA PA 19102 |
| TENNESSEE DEPARTMENT OF REVENUE | ANDREW JACKSON BUILDING 500 DEADERICK ST. NASHVILLE TN 37242 |
| UNEMPLOYMENT TAX - 911B | DEPARTMENT OF ECONOMIC SECURITY PO BOX 2981 PHOENIX AZ 85005-6028 |
| VIRGINIA DEPARTMENT OF TAXATION | OFFICE OF CUSTOMER SERVICES PO BOX 1115 RICHMOND VA 23218-1115 |
| VIRGINIA DEPARTMENT OF TAXATION | 1957 WESTMORELAND STREET RICHMOND VA 23230 |

**Total Creditor count  44**

# EXHIBIT C

DELPHI BEHAVIORAL HEALTH GROUP, LLC, *et al.* - Case No. 23-10945-PDR
Additional First Class Mail Party


UNEMPLOYMENT COMPENSATION
SERVICES
AGENCY FOR WORKFORCE INNOVATION
107 E. MADISON ST.
MSC 229
TALLAHASSEE, FL 32399-0180

**EXHIBIT D**

DELPHI BEHAVIORAL HEALTH GROUP, LLC, *et al.* - Case No. 23-10945-PDR
Additional First Class Mail Parties

P16 Department of Revenue
Executive Office for Administration and Finance
100 Cambridge Street
Boston, MA   02204

Massachusetts DOR
200 Arlington Street
Chelsea, MA   02150

Division of Employment and Training
19 Staniford Street
Boston, MA   02114-2589

**EXHIBIT E**

DELPHI BEHAVIORAL HEALTH GROUP, LLC, *et al.* - Case No. 23-10945-PDR
Additional First Class Mail Parties

N.J. Division of Taxation
Technical Services Branch
P.O. Box 281
Trenton, NJ    08695

New Jersey Department of the Treasury
Corporate Filing Unit
P.O. Box 252
Trenton, NJ    08646-0252

New Jersey Department of the Treasury
Division of Taxation
50 Barrack Street
1st Floor Lobby
Trenton, NJ    08695

New Jersey Department of Labor and
Workforce Development
Unemployment Insurance
PO Box 908
Trenton, NJ 08625-0908

New Jersey Department of Labor and
Workforce Development
PO Box 947
Trenton, NJ    08625-0947

# EXHIBIT F

DELPHI BEHAVIORAL HEALTH GROUP, LLC, *et al.* - Case No. 23-10945-PDR
Additional First Class Mail Party

PA Department of Revenue
PO BOX 280904
Harrisburg, PA 17128-0904

**EXHIBIT G**

DELPHI BEHAVIORAL HEALTH GROUP, LLC, *et al.* - Case No. 23-10945-PDR
Additional First Class Mail Parties

| Centennial S.D. | Central Bucks S.D. |
|---|---|
| 48 Swan Way | 20 Welden Drive |
| Warminster, PA 18974 | Doylestown, PA 18901 |

# EXHIBIT H

DELPHI BEHAVIORAL HEALTH GROUP, LLC, *et al.* - Case No. 23-10945-PDR
Additional First Class Mail Party

Bermudian Springs SD
East Berlin Borough
197 Jacobs Street
East Berlin, PA 17316