UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

DELPHI BEHAVIORAL HEALTH
GROUP, LLC, *et al.*,[1]

Debtors.

_____/

Chapter 11 Cases

Case No. 23-10945-PDR

(Jointly Administered)

**DEBTORS' *EX PARTE* MOTION TO ALLOW CHRIS HALAJIAN TO APPEAR BY ZOOM AT THE MARCH 28, 2023 SALE HEARING**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through undersigned counsel, hereby file this *Ex Parte Motion to Allow Chris Halajian to Appear by Zoom at the March 28, 2023 Sale Hearing,* to permit Chris Halajian to appear and testify remotely via Zoom at the hearing scheduled for March 28, 2023 at 10:00 a.m. on the *Debtors' Motion for Entry of an Order (I) Approving Stalking Horse Bid Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business (II) Authorizing the Sale of Assets Free and Clear of All Claims and Liens Except for Permitted Liens, Encumbrances and Assumed Liabilities, (III) Authorizing the Assumption and Assignment*

---

[1] The address of the Debtors is 1901 West Cypress Creek Road, Suite 500, Fort Lauderdale, FL 33309. The last four digits of the Debtors' federal tax identification numbers are: (i) Delphi Behavioral Health Group, LLC (2076), (ii) 61 Brown Street Holdings, LLC (0007), (iii) Aloft Recovery LLC (6674), (iv) Banyan Recovery Institute, LLC (6998), (v) Breakthrough Living Recovery Community, LLC (5966), (vi) California Addiction Treatment Center LLC (7655), (vii) California Vistas Addiction Treatment LLC (8272), (viii) DBHG Holding Company, LLC (6574), (ix) Defining Moment Recovery Community, LLC (3532), (x) Delphi Health BuyerCo, LLC (2325), (xi) Delphi Health Group, LLC (0570), (xii) Delphi Intermediate HealthCo, LLC (6378), (xiii) Delphi Management LLC (6474), (xiv) Desert View Recovery Community, LLC (7437), (xv) DR Parent, LLC (2700), (xvi) DR Sub, LLC (8183), (xvii) Las Olas Recovery LLC (9082), (xviii) Maryland House Detox, LLC (1626), (xix) New Perspectives, LLC (0508), (xx) Next Step Housing LLC (6975), (xxi) Ocean Breeze Detox, LLC (7019), (xxii) Ocean Breeze Recovery, LLC (9621), (xxiii) Onward Living Recovery Community, LLC (4735), (xxiv) Palm Beach Recovery, LLC (4459), (xxv) Peak Health NJ, LLC (7286), (xxvi) QBR Diagnostics, LLC (7835), (xxvii) Rogers Learning, LLC (1699), (xxviii) SBH Haverhill, LLC (0971), (xxix) SBH Union IOP LLC (4139), (xxx) Summit at Florham Park, LLC (8226), (xxxi) Summit Behavioral Health Limited Liability Company (3337), (xxxii) Summit Health BuyerCo, LLC (2762), (xxxiii) Summit IOP Limited (4567), and (xxxiv) Union Fresh Start LLC (6841).

12026686-1

*of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief* [ECF No. 23] (the "Sale Hearing"). In support of the Motion, the Debtors respectfully represent as follows:

### I. Background

1. On February 6, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the Bankruptcy Code.

2. The Debtors are operating their business and managing their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

4. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### II. Relief Requested And Basis Therefor

**5.** Pursuant to Section (c) of Your Honor's *Requirements and Procedures for Remote Attendance at Hearings*, an *ex parte* motion requesting leave to attend remotely for good cause must be filed not later than seven days before the hearing unless there are unforeseen circumstances. Such unforeseen circumstances exist, that is, one of the individuals who was set to testify in support of the pending sale motion [ECF No. 23], advised yesterday that she was unavailable to attend Court in person for the hearing scheduled for tomorrow morning. Accordingly, the Debtors have just arranged with Mr. Halajian to serve as one of the witnesses in support of the proposed sale. Because of the lateness of this arrangement, and because Mr. Halajian resides outside of Florida, the Debtors move, on an *ex parte* basis, for entry of an Order substantially in the form annexed hereto as **Exhibit "A"** authorizing him to appear at the Sale Hearing via Zoom.

**WHEREFORE,** the Debtors respectfully request entry of an Order in the form annexed hereto **Exhibit "A"** (i) authorizing Chris Halajian to appear and testify remotely via Zoom; and (ii) granting such other and further relief as the Court deems just and proper.

Dated: March 27, 2023

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for the Debtors and*
*Debtors-in-Possession*
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:   */s/  Paul A. Avron*
       Paul Steven Singerman
       Florida Bar No. 378860
       singerman@bergersingerman.com
       Paul A. Avron
       Florida Bar No. 50814
       pavron@bergersingerman.com
       Robin J. Rubens
       Florida Bar No. 959413
       rrubens@bergersingerman.com

# EXHIBIT "A"

# (Proposed Order)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                            Chapter 11 Cases

DELPHI BEHAVIORAL HEALTH                        Case No. 23-10945-PDR
GROUP, LLC, *et al.*,[1]
                                                                  (Jointly Administered)
        Debtors.
_____/

### ORDER GRANTING DEBTORS' *EX PARTE* MOTION TO ALLOW CHRIS HALAJIAN TO APPEAR BY ZOOM AT THE MARCH 28, 2023 SALE HEARING

---

[1] The address of the Debtors is 1901 West Cypress Creek Road, Suite 500, Fort Lauderdale, FL 33309. The last four digits of the Debtors' federal tax identification numbers are: (i) Delphi Behavioral Health Group, LLC (2076), (ii) 61 Brown Street Holdings, LLC (0007), (iii) Aloft Recovery LLC (6674), (iv) Banyan Recovery Institute, LLC (6998), (v) Breakthrough Living Recovery Community, LLC (5966), (vi) California Addiction Treatment Center LLC (7655), (vii) California Vistas Addiction Treatment LLC (8272), (viii) DBHG Holding Company, LLC (6574), (ix) Defining Moment Recovery Community, LLC (3532), (x) Delphi Health BuyerCo, LLC (2325), (xi) Delphi Health Group, LLC (0570), (xii) Delphi Intermediate HealthCo, LLC (6378), (xiii) Delphi Management LLC (6474), (xiv) Desert View Recovery Community, LLC (7437), (xv) DR Parent, LLC (2700), (xvi) DR Sub, LLC (8183), (xvii) Las Olas Recovery LLC (9082), (xviii) Maryland House Detox, LLC (1626), (xix) New Perspectives, LLC (0508), (xx) Next Step Housing LLC (6975), (xxi) Ocean Breeze Detox, LLC (7019), (xxii) Ocean Breeze Recovery, LLC (9621), (xxiii) Onward Living Recovery Community, LLC (4735), (xxiv) Palm Beach Recovery, LLC (4459), (xxv) Peak Health NJ, LLC (7286), (xxvi) QBR Diagnostics, LLC (7835), (xxvii) Rogers Learning, LLC (1699), (xxviii) SBH Haverhill, LLC (0971), (xxix) SBH Union IOP LLC (4139), (xxx) Summit at Florham Park, LLC (8226), (xxxi) Summit Behavioral Health Limited Liability Company (3337), (xxxii) Summit Health BuyerCo, LLC (2762), (xxxiii) Summit IOP Limited (4567), and (xxxiv) Union Fresh Start LLC (6841).

12026667-1

**THIS MATTER** having come before the Court, without a hearing, upon the *Debtors' Ex Parte Motion to Allow Chris Halajian to Appear by Zoom at the March 28, 2023 Sale Hearing* (the "Motion") [ECF No. __] to permit Chris Halajian to appear and testify remotely via Zoom at the Sale Hearing.[2]  The Court, having considered the Motion, and being otherwise fully advised in the premises, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. Chris Halajian is permitted to appear and testify remotely via Zoom at the Sale Hearing scheduled for March 28, 2023 at 10:00 a.m.

# # #

Submitted by:
Paul A. Avron, Esq.
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
pavron@bergersingerman.com

*(Attorney Avron is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[2] All capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

12026667-1                2