

**ORDERED in the Southern District of Florida on March 31, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 Cases |
| DELPHI BEHAVIORAL HEALTH GROUP, LLC, *et al.*,[1] | Case No. 23-10945-PDR |
| | (Jointly Administered) |
| Debtors. / | |

**ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) SETTING
HEARING ON CONFIRMATION OF PLAN; (III) SETTING HEARING
ON FEE APPLICATIONS; (IV) SETTING VARIOUS DEADLINES;
(V) DESCRIBING PLAN PROPONENT'S OBLIGATIONS; (VI) REDUCING
THE SOLICITATION PERIOD OF THE PLAN FROM 45 DAYS TO 39 DAYS;**

---

[1] The address of the Debtors is 1901 West Cypress Creek Road, Suite 500, Fort Lauderdale, FL 33309. The last four digits of the Debtors' federal tax identification numbers are: (i) Delphi Behavioral Health Group, LLC (2076), (ii) 61 Brown Street Holdings, LLC (0007), (iii) Aloft Recovery, LLC (6674), (iv) Banyan Recovery Institute, LLC (6998), (v) Breakthrough Living Recovery Community, LLC (5966), (vi) California Addiction Treatment Center, LLC (7655), (vii) California Vistas Addiction Treatment, LLC (8272), (viii) DBHG Holding Company, LLC (6574), (ix) Defining Moment Recovery Community, LLC (3532), (x) Delphi Health BuyerCo, LLC (2325), (xi) Delphi Health Group, LLC (0570), (xii) Delphi Intermediate HealthCo, LLC (6378), (xiii) Delphi Management LLC (6474), (xiv) Desert View Recovery Community, LLC (7437), (xv) DR Parent, LLC (2700), (xvi) DR Sub, LLC (8183), (xvii) Las Olas Recovery, LLC (9082), (xviii) Maryland House Detox, LLC (1626), (xix) New Perspectives, LLC (0508), (xx) Next Step Housing, LLC (6975), (xxi) Ocean Breeze Detox, LLC (7019), (xxii) Ocean Breeze Recovery, LLC (9621), (xxiii) Onward Living Recovery Community, LLC (4735), (xxiv) Palm Beach Recovery, LLC (4459), (xxv) Peak Health NJ, LLC (7286), (xxvi) QBR Diagnostics, LLC (7835), (xxvii) Rogers Learning, LLC (1699), (xxviii) SBH Haverhill, LLC (0971), (xxix) SBH Union IOP, LLC (4139), (xxx) Summit at Florham Park, LLC (8226), (xxxi) Summit Behavioral Health, LLC (3337), (xxxii) Summit Health BuyerCo, LLC (2762), (xxxiii) Summit IOP Limited (4567), and (xxxiv) Union Fresh Start, LLC (6841).

11851080-7

**(VII) APPROVING BI-FURCATED DEADLINES FOR THE DEBTORS TO OBJECT TO PROOFS OF CLAIM; (VIII) SETTING A VOTING RECORD DATE; (IX) APPROVING THE FORM OF BALLOTS; (X) APPROVING THE FORM OF THE DEBTORS' RECOMMENDATION LETTER TO BE INCLUDED IN SOLICITATION PACKAGES TO BE SENT TO CREDITORS ENTITLED TO VOTE FOR OR AGAINST CONFIRMATION OF THE PLAN OF LIQUIDATION; AND (XI) GRANTING RELATED RELIEF**

On March 30, 2023, the Court conducted a hearing (the "**Disclosure Statement Hearing**") to consider approval of the *Disclosure Statement for Debtors' Amended Joint Plan of Liquidation* [ECF No. 314] (as may be amended, the "**Disclosure Statement**") filed by the above-captioned, affiliated, debtors and debtors-in-possession (collectively, the **"Plan Proponent"**), in connection with the *Debtors' Amended Joint Plan of Liquidation* [ECF No. 313] (the "**Plan**"). The Court finds that the Disclosure Statement (as amended, if amendments were announced by the Plan Proponent or required by the Court at the Disclosure Statement Hearing) contains adequate information regarding the Plan in accordance with 11 U.S.C. § 1125(a). The Plan Proponent has requested that the Court set a hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") and any timely filed fee applications, and to establish deadlines and requirements relating to confirmation consistent with the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and Local Rules of this Court. Therefore, it is

**ORDERED**, and **NOTICE IS GIVEN**, that:

1. **Approval of Disclosure Statement**. Pursuant to 11 U.S.C. § 1125(b) and Bankruptcy Rule 3017(b), the Disclosure Statement is approved.

2. **Confirmation Hearing**. The Court will conduct the Confirmation Hearing and consider approval of timely-filed fee applications, subject to the following deadlines and requirements, as follows:

|           |                                                                                      |
|-----------|--------------------------------------------------------------------------------------|
| Date:     | May 15, 2023                                                                         |
| Time:     | 10:00 a.m. (Prevailing Eastern Time)                                                 |
| Location: | **United States Courthouse<br>299 East Broward Boulevard<br>Courtroom 301<br>Fort Lauderdale, Florida 33301** |

The following checked provision(s) apply to the Confirmation Hearing:

[X] <u>**All individual debtors or a representative of any non-individual debtor(s), counsel for the debtor(s), and any attorneys or pro se parties participating in the presentation of evidence must appear in person at the Confirmation Hearing. Subject to paragraph 7(B) below, all witnesses must also appear in person at the Confirmation Hearing.**</u>

**[X]** **If confirmation is contested by any party in interest, all individual debtors or a representative of any non-individual debtor(s), counsel for the debtor(s), and any attorneys or pro se parties participating in the presentation of evidence must appear in person at the Confirmation Hearing. Subject to paragraph 7(B) below, all witnesses must also appear in person at the Confirmation Hearing.**

Counsel must also review the presiding judge's page on the Court's website to verify any other requirements for confirmation hearings before that judge.

All other interested parties may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("**Zoom**"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

The Confirmation Hearing may be continued to a future date by notice given in open court at the Confirmation Hearing.

3. **Deadlines**. The following deadlines apply with respect to the Confirmation Hearing and hearing on fee applications.

| | |
|---|---|
| Deadline for Serving this Order, Disclosure Statement, Plan, and Ballots[2] | **April 3, 2023** |
| Deadline for Objections to Claims filed <u>on or before March 30, 2023</u>[3] | **April 13, 2023** |
| Deadline for Filing and Serving Fee Applications[4] | **April 18, 2023** |
| Deadline for Filing and Serving Notice Summarizing All Fee Applications[5] | **April 21, 2023** |
| Deadline for Objections to Claims filed between March 31, 2023 through April 17, 2023 (the Bar Date)[6] | **April 24, 2023** |

---

[2] *See* FRBP 2002(b) and 9006(a) and (f); Local Rule 3017-1(B)(2); *see also* ¶ 4(A).

[3] *See* Local Rule 3007-1(B)(1).

[4] *See* Local Rule 2016-1(C)(1); *see also* ¶¶ 4(B), 6.

[5] *See* Local Rule 2002-1(C)(9); Fed. R. Bankr. P. 2002 (a)(6), 2002(c)(2).

[6] *See Notice of Chapter 11 Bankruptcy Case* [ECF No. 90] setting April 17, 2023 as the deadline for all creditors to file a proof of claim (except governmental units).

11851080-7

| | |
|---|---|
| **Deadline for Filing Ballots Accepting or Rejecting Plan**[7] | April 28, 2023 |
| **Deadline for Filing Objections to Confirmation**[8] | April 28, 2023 |
| **Deadline to File Motions Under Fed. R. Civ. P. 43(a)**[9] | May 2, 2023 |
| **Deadline for Plan Proponent to File a Reply to Confirmation Objection(s)**[10] | May 9, 2023 |
| **Deadline for Filing Proponent's Report and Confirmation Affidavit**[11] | May 9, 2023 |
| **Deadline for Filing Exhibit Register and Uploading Any Exhibits a Party Intends to Introduce into Evidence at the Confirmation Hearing**[12] | May 9, 2023 |

    4.    **Plan Proponent's Obligations**.

    A.    **Service of Solicitation Package**. The Plan Proponent must serve a copy of this Order, the approved Disclosure Statement (with all amendments, if amendments were announced by the Plan Proponent or required by the Court at the Disclosure Statement Hearing), and the Plan, by the deadline listed above, on all creditors, all equity security holders, and all other parties in interest, as required by the Bankruptcy Rules (including those entities as described in Bankruptcy Rule 3017(f)) and the Local Rules. The Plan Proponent must also serve, along with this Order, the Ballots (defined herein), on all creditors and equity security holders entitled to vote on the Plan. The Plan Proponent must file a certificate of service as required by Local Rule 2002-1(F).

    B.    **Notice of Fee Applications**. The Plan Proponent must prepare, file, and serve a notice summarizing all timely filed fee applications by the deadline listed above. The notice must identify the name of and the amount sought by each applicant. The notice must be served on all creditors, all equity security holders, and all other parties in interest as required by the Bankruptcy Rules and Local Rules. The Plan Proponent must file a certificate of service as required by Local Rule 2002-1(F).

---

[7] *See* Local Rule 3018-1(B); Fed. R. Bankr. P. 3018(a); *see also* ¶ 5.

[8] *See* Local Rule 3020-1(A).

[9] *See* ¶ 7(B).

[10] *See* ¶ 12.

[11] *See* Local Rule 3020-1(B); *see also* ¶ 4(C).

[12] *See* ¶ 7(A).

11851080-7

C. **Proponent's Report and Confirmation Affidavit**. The Plan Proponent must file with the Court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit," by the deadline listed above. The Confirmation Affidavit must set forth the facts upon which the Plan Proponent relies to establish that each of the requirements of 11 U.S.C. § 1129 are satisfied. The Confirmation Affidavit should be prepared so that by reading it, the Court can easily understand the significant terms of the Plan and other material facts relating to confirmation of the Plan. The individual executing the Confirmation Affidavit must be present at the Confirmation Hearing, either in person if the Court requires the Plan Proponent and its counsel to attend the Confirmation Hearing in person, or via Zoom if the Court permits remote attendance at the Confirmation Hearing.

D. **Failure to Comply with Order**. If the Plan Proponent does not timely comply with any of the requirements of this Order, the Court may impose sanctions at the Confirmation Hearing without further notice, including dismissal, conversion of the Debtors' chapter 11 cases to chapter 7, or the striking of the Plan. The Court will also consider dismissal or conversion at the Confirmation Hearing at the request of any party or on the Court's own motion.

5. **Temporary Allowance of Claims for Voting Purposes**. If you receive a ballot but your entire claim has been objected to, you will not have the right to vote until the objection is resolved, unless you request an order under Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

6. **Fee Applications**. To be considered at the Confirmation Hearing, fee applications (with all exhibits) must (A) be timely filed and served by the deadline listed above on (i) the Debtors; (ii) the Plan Proponent (if other than the Debtors); (iii) all committees that have been appointed; (iv) any chapter 11 trustee or examiner that has been appointed; and (v) the U.S. Trustee, and (B) include an estimate of additional time and costs to be incurred from the end of the application period through confirmation. Any applicant including estimates of additional time and costs must file a supplement before the Confirmation Hearing with documentation supporting the estimated time and costs.

7. **Evidence.**

A. **Exhibits and Exhibit Registers**. The Confirmation Hearing is an evidentiary hearing even when confirmation is uncontested.[13] Therefore, the Plan Proponent and any objecting party, if applicable, must file with the Court an Exhibit Register and upload any exhibits the Plan Proponent or objecting party intends to introduce into evidence at the

---

[13] Under Federal Rule of Bankruptcy Procedure 3020(b)(2), the Court may determine that the Plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues, if no objection to confirmation is timely filed.

5

11851080-7

Confirmation Hearing pursuant to Local Rule 9070-1, by the deadline listed above.[14] Notwithstanding Local Rule 9070-1(A)(3), however, any objections to the admissibility of any proposed exhibits for the Confirmation Hearing need not be filed in advance, and instead may be raised for the first time at the Confirmation Hearing.

**B.** **Remote Witness Testimony**. Any party wishing to present remote witness testimony must file a motion under Federal Rule of Civil Procedure 43(a), made applicable here by Bankruptcy Rule 9017, by no later than the deadline listed above, setting forth the good cause, compelling circumstances, and appropriate safeguards in place for the Court to permit remote witness testimony.

**8.** **Preserved Claims.**

**PRESERVED CLAIMS ARE PRESERVED AND RESERVED FOR LATER PROSECUTION AND ADJUDICATION.**[15] All Preserved Claims (as defined in Exhibit "3" ("Non-Exclusive List of Insider Avoidance Actions Targets and Insider Avoidance Actions") to the Disclosure Statement and the Exhibit "B" to the Plan ("Non-Exclusive List of Insider Avoidance Actions Targets and Insider Avoidance Actions")) are preserved and reserved for later prosecution and adjudication in accordance with the Plan, and therefore no preclusion doctrine, claim preclusion, estoppels (judicial, equitable or otherwise) or laches will apply to those Preserved Claims on or after the Effective Date of the Plan. The failure to specifically list or otherwise sufficiently identify a Claim or Cause of Action in the Plan or Disclosure Statement, including such Exhibit "3" to the Disclosure Statement or Exhibit "B" to the Plan, is not intended to and shall not be deemed to: (i) effect a release or waiver of such Preserved Claims; and (ii) impair the Liquidating Trustee's right to pursue such Preserved Claims on or after the Effective Date of the Plan. The preceding findings and conclusions apply equally to the "Avoidance

---

[14] Exhibit registers should include the final Plan as it was served, the final Disclosure Statement as it was served, the Confirmation Affidavit, the certificate of plan proponent, the certificate of service of the solicitation package, LF-71 (individual cases only), and, if applicable, projections, and the liquidation analysis.

[15] Capitalized terms not defined in this paragraph of the Order shall have the meanings ascribed to them, as applicable, in the Plan or the Disclosure Statement.

11851080-7

Actions" (as that term appears in ECF No. 111) being purchased by Delphi Lender AcquisitionCo LLC pursuant to the Stalking Horse Bid Agreement (as that term appears in ECF No. 191).

9. **Voting Record Date.**

The Voting Record Date for purposes of determining which parties are entitled to vote on the Plan shall be March 30, 2023.

10. **Ballots.**

The proposed forms of the ballots (collectively (amended by the Plan Proponent and as may have been required by the Court at the hearing), the "Ballots") filed with the Court at ECF No. 272 (as amended) are hereby **APPROVED**. The Plan Proponent is authorized (i) to make non-substantive or immaterial changes to the Ballots to fill in missing information, in each case to the extent not inconsistent with this Order, prior to service or of the Ballots and (ii) to include the Ballots in the solicitation packages mailed to the holders of Claims entitled to submit Ballots with respect to the Plan.

11. **Debtors' Recommendation Letter.**

The Debtors' proposed recommendation letter (the "Recommendation Letter") filed with the Court at ECF No. 272 is hereby **APPROVED**. The Plan Proponent is authorized (i) to make non-substantive or immaterial changes to the Recommendation Letter or to fill in missing information, in each case to the extent not inconsistent with this Order, prior to service or of the Recommendation Letter and (ii) to include the Recommendation Letter in the solicitation packages mailed to the holders of Claims entitled to submit Ballots with respect to the Plan.

12. **Balloting Agent.**

Epiq Corporate Restructuring, LLC ("Epiq"), the Debtors' claims, notice and balloting agent (the "**Balloting Agent**") is authorized to assist the Plan Proponent in: (i) distributing the

solicitation packages; (ii) receiving, tabulating, and reporting on Ballots cast to accept or reject the Plan by holders of Claims entitled to vote on the Plan; (iii) responding to inquiries from holders of Claims entitled to vote on the Plan; (iv) soliciting votes on the Plan; and (v) if necessary, contacting holders of Claims entitled to vote on the Plan regarding the Plan. Copies of the Disclosure Statement and the Plan may be obtained by visiting the Debtors' restructuring website maintained by Epiq at: https://dm.epiq11.com/case/delphihealth/info.

The Debtors are authorized, but not directed or required, to serve the solicitation packages (excluding Ballots) in electronic format (e.g., email) to the holders of Claims entitled to vote on the Plan.

13. **Plan Proponent – Reply to Objection(s)**.

In the event that any objection to the confirmation of the Plan is filed, the Plan Proponent, or any other party interest, may file a reply in support of the confirmation of the Plan not later than **May 9, 2023 at 4:00 p.m.** (i.e., four business days before the Confirmation Hearing).

###

Submitted by:
Christopher Andrew Jarvinen, Esq.
cjarvinen@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL  33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

*(Attorney Jarvinen is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*